**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Telephone: (973) 313-1887
Fax: (973) 833-0399
lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Plaintiff and the Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JORDAN LEWANDOWSKI, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TAL EDUCATION GROUP, and BANGXIN ZHANG,<br><br>Defendants. | No.: 2:23-cv-01769-MEF-JRA<br><br>**CERTIFICATION OF JONATHAN HORNE TO APPEAR AND PARTICIPATE *PRO HAC VICE***<br><br><u>CLASS ACTION</u> |

JONATHAN HORNE hereby certifies and says:

1.     I am a Partner at The Rosen Law Firm, P.A. at the office located at 275 Madison Avenue, 40th Floor, New York, New York 10016.

2.     Pursuant to L. Civ. R. 101.1 (c)(1), I am, and at all times have been, a member in good standing of the New York state bar since my admission in March 2010. The office maintaining the roll of attorneys in connection with my admission

1

to the Bar of the State of New York is:

> Appellate Division of the Supreme Court of the State of New York
> Third Judicial Department
> Attorney Admissions Office
> Robert Abrams Building for Law and Justice
> State Street, Room 511
> Albany, NY 12223
> Phone: (518) 471-4778

3.       The following chart discloses each additional court in which I am a member, including the year of admission and the name and address of the official or office maintaining the roll of such members of its court. I am in good standing in each of these courts:

| COURT | YEAR OF ADMISSION | NAME AND ADDRESS |
|---|---|---|
| U.S. District Court, Southern District of New York | 2010 | Attorney Services Office U.S. District Court, SDNY 500 Pearl Street New York, New York 10007 (212) 805-0800 |
| U.S. District Court, Eastern District of New York | 2010 | Admissions Clerk U.S. District Court, EDNY 225 Cadman Plaza East Brooklyn, New York 11201 (718) 613-2285 |
| U.S. District Court, District of Colorado | 2011 | Clerk's Office Alfred A. Arraj Courthouse 901 19th Street Denver, Colorado 80294 (303) 335-2060 |

4.       On May 30, 2023, Xuanjun Meng ("Mr. Meng" or "Movant") moved to

be appointed as lead plaintiff in this action and for The Rosen Law Firm, P.A., his counsel, to be appointed lead counsel (Dkt. No. 6). On that same date, Kamila B. Abdullah ("Abdullah") also moved to be appointed as lead plaintiff in this action, and they asked for Glancy Prongay & Murray LLP and Carella, Byrne, Cecchi, Olstein, Brody & Agnello, P.C. to be appointed as lead counsel and liaison counsel, respectively (Dkt. No. 7). Abdullah filed a withdrawal of her lead plaintiff motion on June 7, 2023 (Dkt. No. 8). The deadline as to Meng's outstanding motion remains July 3, 2023.

5.      I make this certification in support of a motion to appear and participate in the above-captioned matter *pro hac vice* on behalf of Mr. Meng pursuant to Rule 101.1(c) of the General Rules of the United States District Court for the District of New Jersey.

6.      I am not under suspension or disbarment by any court, nor are any disciplinary proceedings pending against me.

7.      Laurence M. Rosen, the Managing Partner of The Rosen Law Firm, P.A., is an attorney-at-law of the State of New Jersey, and is duly qualified to practice before this Court pursuant to L. Civ. R. 101.1

8.      Upon my admission, I will ask Laurence M. Rosen to make a request to the Court for me to receive electronic notifications in this case.

9.      I understand that, if I am admitted to appear and participate *pro hac vice*,

I agree to:

    a. Contribute to New Jersey Lawyers' Fund for Client Protection such fees as are required pursuant to 1:28-2(a);

    b. Make payment of $150 to the Clerk of the United States District Court in accordance with L. Civ. R. 101.1(c);

    c. Abide by L. Civ. R. 101.1(c), all disciplinary rules, and New Jersey Court Rules;

    d. Submit to the disciplinary jurisdiction of this Court for purposes of any disciplinary proceedings; and

    e. Notify the Court immediately of any matter affecting my standing at the bar of any other court.

10. I respectfully request that this Court grant this application on behalf of Movant in the above-caption matter to permit me to appear and participate *pro hac vice* on his behalf.

11. I certify under penalty of perjury that the foregoing statements made by me are true.

Executed: June 29, 2023

Jonathan Horne

4