Kevin H. Marino
John D. Tortorella
**MARINO, TORTORELLA
& BOYLE, P.C.**
437 Southern Boulevard
Chatham, NJ 07928-1488
Telephone: (973) 824-9300
Facsimile: (973) 824-8425
kmarino@khmarino.com
jtortorella@khmarino.com

*Attorneys for Defendants*

Michael B. Carlinsky[†]
Xiao Liu[†]
Jacob J. Waldman[†]
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York  10010-1601
Telephone:  (212) 849-7000
michaelcarlinsky@quinnemanuel.com
xiaoliu@quinnemanuel.com
jacobwaldman@quinnemanuel.com

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JORDAN LEWANDOWSKI, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TAL EDUCATION GROUP, and BANGXIN ZHANG, <br><br> Defendants. | Case No:  2:23-cv-01769-MEF-JRA <br><br> Hon. Michael E. Farbiarz, U.S.D.J. <br><br> <u>CLASS ACTION</u> <br><br> MOTION DATE: April 15, 2024 <br><br> *Oral argument requested* <br><br> <u>**NOTICE OF MOTION TO DISMISS**</u> |

TO:   ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that at 9:00 a.m. on April 15, 2024, or such other time and date set by the Court, Defendants TAL Education Group, Bangxin Zhang, Alex Peng and Jackson Ding (collectively, "Defendants"), by and through their undersigned counsel, will move before the Honorable Michael E. Farbiarz, U.S.D.J., United States District Court for the District of New Jersey, Frank R. Lautenberg U.S.P.O & Courthouse, 2 Federal Sq., Newark, NJ 07102, for entry

[†] Application for admission *pro hac vice* forthcoming.

of an Order granting Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint [ECF No. 20], pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), and the Private Securities Litigation Reform Act.

**PLEASE TAKE FURTHER NOTICE** that in support of their motion, Defendants will rely on the Memorandum of Law and the accompanying Declaration of Kevin H. Marino submitted herewith. A proposed form of Order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants respectfully request oral argument on this motion.

Dated:  December 15, 2023           Respectfully submitted,

MARINO, TORTORELLA & BOYLE, P.C.

_____

Kevin H. Marino
John D. Tortorella
437 Southern Boulevard
Chatham, NJ  07928
Telephone:  (973) 824-9300
Fax: (973) 824-8425
kmarino@khmarino.com
jtororella@khmarino.com

Michael B. Carlinsky[†]
Jacob J. Waldman[†]
Jianjian Ye[†]
Xiao Liu[†]
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010-1601
Telephone: (212) 849-7000
michaelcarlinsky@quinnemanuel.com
xiaoliu@quinnemanuel.com
jacobwaldman@quinnemanuel.com
jianjianye@quinnemanuel.com

*Attorneys for Defendants*