**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JORDAN LEWANDOWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TAL EDUCATION GROUP, and BANGXIN ZHANG,<br><br>Defendants. | Case No:  2:23-cv-01769-MEF-JRA<br><br>Hon. Michael E. Farbiarz, U.S.D.J.<br><br><u>CLASS ACTION</u><br><br>ORAL ARGUMENT REQUESTED |

**DECLARATION OF KEVIN H. MARINO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

KEVIN H. MARINO, of full age, hereby certifies and states:

1.    I am an attorney at law of the State of New Jersey and member of the law firm of Marino, Tortorella & Boyle P.C., counsel for Defendants in this matter. I am fully familiar with the facts of this case and submit this Certification in support of Defendants' Motion to Dismiss the Amended Complaint.

2.    Attached hereto as **Exhibit A** is a true and correct copy of excerpts from a Form 20-F filed by TAL Education Group and executed as of May 7, 2021.

3.    Attached hereto as **Exhibit B** is a true and correct copy of a Form 6-K dated July 26, 2021 with attached exhibits dated July 23, 2021 (Ex. 99.1) and July 25, 2021 (Ex. 99.2).

4.      Attached hereto as **Exhibit C** is a true and correct copy of a Form 6-K dated November 15, 2021 with attached exhibit (99.1) dated November 12, 2021.

5.      Attached hereto as **Exhibit D** is a true and correct copy of excerpts from a Form 20-F filed by TAL Education Group and executed as of June 14, 2022.

6.      Attached hereto as **Exhibit E** is a true and correct copy of excerpts from a Form 20-F/A filed by TAL Education Group and executed as of November 1, 2022.

7.      Attached hereto as **Exhibit F** is a certified translation of a portion of an article titled "Xueersi Behind the Mask," which is referred to in the Memorandum of Law as the "*Cailian* Report."

In accordance with 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Kevin H. Marino

Executed on December 15, 2023
Chatham, New Jersey

2

# EXHIBIT A

Table of Contents

---

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 20-F**

☐  **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☒  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

   **For the fiscal year ended February 28, 2021.**

**OR**

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

   **For the transition period from___to____ .**

**OR**

☐  **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Date of event requiring this shell company report

**Commission file number: 001-34900**

# TAL Education Group
(Exact name of Registrant as specified in its charter)

**N/A**
(Translation of Registrant's name into English)

**Cayman Islands**
(Jurisdiction of incorporation or organization)

**15/F, Danling SOHO**
**6 Danling Street, Haidian District**
**Beijing 100080**
**People's Republic of China**
(Address of principal executive offices)

**Rong Luo, Chief Financial Officer**
**Telephone: +86-10-5292-6658**
**Email: ir@tal.com**
**15/F, Danling SOHO**
**6 Danling Street, Haidian District**
**Beijing 100080**
**People's Republic of China**
(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act.

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| American Depositary Shares, each three representing one Class A common share* | NYSE: TAL | The New York Stock Exchange |
| Class A common shares, par value $0.001 per share** | NYSE: TAL** | The New York Stock Exchange |

\*  Effective on August 16, 2017, the ratio of ADSs to Class A common shares was changed from one ADS representing two Class A common shares to three ADSs representing one Class A common share.

\*\*  Not for trading, but only in connection with the listing on The New York Stock Exchange of American depositary shares.

Securities registered or to be registered pursuant to Section 12(g) of the Act.

None
(Title of Class)

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act.

Table of Contents

***Uncertainties exist with respect to the interpretation and implementation of the newly enacted Foreign Investment Law and how it may impact our business, financial condition and results of operations.***

On March 15, 2019, the National People's Congress promulgated the Foreign Investment Law, which came into effect on January 1, 2020 and replaced the trio of existing laws regulating foreign investment in China, namely, the Sino-foreign Equity Joint Venture Enterprise Law, the Sino-foreign Cooperative Joint Venture Enterprise Law and the Wholly Foreign-invested Enterprise Law, together with their implementation rules and ancillary regulations. On December 26, 2019, the State Council published the Implementation Rules of Foreign Investment Law, which came into effect on January 1, 2020. The Foreign Investment Law and its Implementation Rules embody an expected PRC regulatory trend to rationalize its foreign investment regulatory regime in line with prevailing international practice and the legislative efforts to unify the corporate legal requirements for both foreign and domestic investments. The enacted Foreign Investment Law or its Implementation Rules do not mention concepts such as "actual control" and "controlling PRC companies by contracts or trusts" that were included in the previous drafts, nor did it specify regulation on controlling through contractual arrangements, and thus this regulatory topic remains unclear under the Foreign Investment Law. However, since it is relatively new, uncertainties still exist in relation to its interpretation and implementation. For instance, though the Foreign Investment Law or its Implementation Rules do not explicitly classify contractual arrangements as a form of foreign investment, it contains a catch-all provision under the definition of "foreign investment," which includes investments made by foreign investors in China through means stipulated in laws or administrative regulations or other methods prescribed by the State Council. Therefore, it still leaves leeway for future laws, administrative regulations or provisions promulgated by the State Council to provide for contractual arrangements as a form of foreign investment. Furthermore, if future laws, administrative regulations or provisions prescribed by the State Council mandate further actions to be taken by companies with respect to existing contractual arrangements, such as unwinding our existing contractual arrangements and/or disposal of our related business operations, we may face substantial uncertainties as to whether we can complete such actions in a timely manner, or at all. Failure to take timely and appropriate measures to cope with any of these or similar regulatory compliance challenges could materially and adversely affect our current corporate structure, corporate governance and business operations.

***Uncertainties with respect to PRC regulatory restrictions on after-school services could have a material adverse effect on us.***

Under the regime of the Law on the Promotion of Private Education of China, the PRC government authorities have promulgated a number of regulations and implementation rules in 2018 governing the education industry and the after-school tutoring service market, including the Circular 3, the State Council Opinions 80, as well as Circular 10. See "Item 4. Information on the Company—B. Business Overview—PRC Regulations—Circular on Special Enforcement Campaign concerning After-school Tutoring Institutions to Alleviate Extracurricular Burden on Students of Primary and Secondary Schools" and "Item 4. Information on the Company—B. Business Overview—PRC Regulations—Opinions on Regulating Development of After-school Tutoring Institutions" for more details.

These new regulations and implementation rules provide a series of requirements in the operation of after-school tutoring business, which include that, among others: (1) key course information, including subjects, course schedules and course syllabi, for school academic courses, shall be filed with the local education administration authorities and be made publicly available; (2) the progress of the courses shall not surpass the same-period progress of local primary schools and secondary schools, and advanced trainings that do not follow the formal school curricula for the students in primary school and secondary school are prohibited; (3) training classes shall not be scheduled in conflict with the regular schooling time in local primary schools and secondary schools; (4) tutoring activities shall end before 8:30 p.m.; (5) homework shall not be assigned; (6) scored examination, competition or ranking in connection with the courses of primary schools or secondary schools shall not be arranged; (7) the periods for which tuition fees is charged shall be consistent with its respective curriculum, and the tuition fees for a period spanning more than three months should not be collected at one time; (8) no fees other than those that have been made public and no compulsory fund raising in any name may be made against the students; (9) student safety insurance shall be purchased by the after-school tutoring institutions; (10) teaching staff who teach Chinese, mathematics, foreign language, physics, chemistry and other subjects in the compulsory education stage as well as the academic subjects related to the entering of a higher school and their extension training shall have the requisite teacher qualifications; (11) online education institutions shall also make their teachers' names, photographs, teaching classes and teaching qualification numbers public at a prominent location on their home page. In addition, the State Council Opinions 80 provides that relevant governmental authorities of market regulation, cyberspace administration, industry and information technology and others shall cooperate with the educational authorities to the extent of their respective scope of duties to regulate after-school tutoring institutions.

Table of Contents

We have been making efforts to ensure compliance with these regulations and implementation rules but there is no assurance that our operations comply with all applicable regulations in a timely manner due to various factors beyond our control. In particular, certain regulations and implementation provides new requirements and PRC government authorities have significant amount of discretion in interpreting, implementing and enforcing rules and regulations. If we fail to comply with the applicable legal requirements concerning the operation of after-school tutoring business in a timely manner, the relevant learning centers may be subject to the order of rectification, fines, confiscation of the gains derived from noncompliant operations or the suspension of noncompliant operations, which may materially and adversely affect our business and results of operations.

In addition, uncertainties still exist as the competent authorities may set more specific and stringent operation requirements for after-school tutoring institutions on various aspects including the means and timing of fee collection, pricing, advertisements and promotion content, prepaid funds under supervision, teachers' qualification licenses, refunds, course time and content, homework arrangement, and student enrollment, among others. For instance, with respect to educational fees supervision, on August 17, 2020, the MoE and other four departments jointly issued the Opinion on Further Strengthening and Regulating the Management of Educational Fees, which puts forward more specific and stricter requirements on educational fees supervision. See "Item 4. Information on the Company—B. Business Overview—PRC Regulations—Regulations on Educational Fees Management" for details. With respect to homework, the General Office of the MoE enacted the Notice of Strengthening the Management of Homework for Compulsory Education on April 8, 2021, which requires after-school tutoring institutions shall not leave homework to primary and secondary school student. Moreover, the MoE issued the Guiding Opinions on Promoting the Scientific Connection between Kindergarten and Primary School on March 30, 2021, which requires that after-school tutoring institutions shall not provide tutoring services to pre-school aged minors in violation of applicable regulations. See "Item 4. Information on the Company—B. Business Overview—PRC Regulations—Regulations on After-school Tutoring Institutions" for details. We may be unable to meet such requirements in a prompt manner or incur additional costs in complying with such requirements, which may adversely affect our business, financial conditions and results of operations.

***Regulation and censorship of information disseminated over the internet in China may adversely affect our business and reputation and subject us to liability for information displayed on our websites.***

The PRC government has adopted regulations governing internet access and the distribution of news and other information over the internet. Under these regulations, internet content providers and internet publishers are prohibited from posting or displaying over the internet content that, among other things, violates PRC laws and regulations, impairs the national dignity of China, or is reactionary, obscene, superstitious, fraudulent or defamatory. Failure to comply with these requirements may result in, and has previously resulted in, the revocation of licenses to provide internet content and other licenses, and the closure of the concerned websites. The website operator may also be held liable for such censored information displayed on or linked to the websites. If any of our websites, including those used for our online education business, are found to be in violation of any such requirements, we may be penalized by relevant authorities, and our operations or reputation could be adversely affected.

27

Table of Contents

## SIGNATURES

The registrant hereby certifies that it meets all of the requirements for filing its annual report on Form 20-F and that it has duly caused and authorized the undersigned to sign this annual report on its behalf.

**TAL EDUCATION GROUP**

By:/s/ Bangxin Zhang
Name: Bangxin Zhang
Title: Director and Chief Executive Officer

Date: May 7, 2021

142

# EXHIBIT B

6-K 1 tm2123217d1_6k.htm FORM 6-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM 6-K

---

**REPORT OF FOREIGN PRIVATE ISSUER
PURSUANT TO RULE 13a-16 OR 15d-16 UNDER
THE SECURITIES EXCHANGE ACT OF 1934
For the month of July 2021
Commission File Number: 001-34900**

---

# TAL EDUCATION GROUP

---

**12/F, Danling SOHO
No. 6 Danling Street, Haidian District
Beijing 100080
People's Republic of China
(Address of principal executive offices)**

---

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F ☒    Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐

SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

TAL Education Group

By:    /s/ Rong Luo
       Name: Rong Luo
       Title: Chief Financial Officer

Date: July 26, 2021

**Exhibit Index**

Exhibit 99.1 – Press Release - TAL Education Group Responds to Media Reports
Exhibit 99.2 – Press Release - TAL Education Group Provides Update on New Regulations

EX-99.1 2 tm2123217d1_ex99-1.htm EXHIBIT 99.1

**Exhibit 99.1**

**TAL Education Group Responds to Media Reports**

(Beijing–July 23, 2021)—TAL Education Group (NYSE: TAL) ("TAL" or the "Company"), a leading K-12 after-school tutoring services provider in China, today noted that certain English and Chinese language media outlets reported that the PRC regulators are considering a new set of regulations concerning after-school tutoring service related to school subjects taught in China's compulsory education system. The regulations have not been published, and the Company has not received official notification of the regulations. It's the Company's policy not to comment on market speculations.

**About TAL Education Group**

TAL Education Group is a leading K-12 after-school tutoring services provider in China. The acronym "TAL" stands for "Tomorrow Advancing Life", which reflects our vision to promote top learning opportunities for Chinese students through both high-quality teaching and content, as well as leading edge application of technology in the education experience. TAL Education Group offers comprehensive tutoring services to students from pre-school to the twelfth grade through three flexible class formats: small classes, personalized premium services, and online courses. Our tutoring services cover the core academic subjects in China's school curriculum as well as competence oriented programs. The Company's learning center network currently covers 110 cities. We also operate www.jzb.com, a leading online education platform in China. Our ADSs trade on the New York Stock Exchange under the symbol "TAL".

**For further information, please contact:**

Echo Yan
Investor Relations
TAL Education Group
Tel: +86 10 5292 6658
Email: ir@tal.com

Caroline Straathof
IR Inside
Tel: +31 6 5462 4301
Email: info@irinside.com

EX-99.2 3 tm2123217d1_ex99-2.htm EXHIBIT 99.2

**Exhibit 99.2**

**TAL Education Group Provides Update on New Regulations**

BEIJING, July 25, 2021 – TAL Education Group ("TAL" or the "Company") (NYSE: TAL), a leading K-12 after-school tutoring services provider in China, announced that, on July 24, 2021, China's official state media, including Xinhua News Agency and China Central Television, announced the Opinions on Further Alleviating the Burden of Homework and After-School Tutoring for Students in Compulsory Education (the "Opinion"), issued by the General Office of the CPC Central Committee and the General Office of the State Council. The Opinion contains high-level policy directives about requirements and restrictions related to after-school tutoring services, including (i) institutions providing after-school tutoring services on academic subjects in China's compulsory education system, or Academic AST Institutions, need to be registered as non-profit, no approval will be granted to new Academic AST Institutions, and an approval mechanism will be adopted for online Academic AST Institutions; (ii) foreign ownership in Academic AST Institutions is prohibited, including through contractual arrangements, and companies with existing foreign ownership need to rectify the situation; (iii) listed companies are prohibited from raising capital to invest in businesses that teach academic subjects in compulsory education; (iv) Academic AST Institutions are prohibited from providing tutoring services on academic subjects in compulsory education during public holidays, weekends and school breaks; and (v) Academic AST Institutions must follow the fee standards to be established by relevant authorities. The Opinion also provides that institutions providing after-school tutoring services on academic subjects in high schools (which do not fall within China's compulsory education system) shall take into consideration the Opinion when conducting activities.

The Company will continue to comply with all applicable rules and regulations in providing educational services, including those to be adopted following the policy directives of the Opinion. The Company is carefully considering the provisions of the Opinion and assessing their implications for the Company's business. The Company expects the Opinion, related rules and regulations, and the compliance measures to be taken by the Company will have material adverse impact on its after-school tutoring services related to academic subjects in China's compulsory education system, which in turn may adversely affect the Company's results of operations and prospect. The Company will proactively seek guidance from and cooperate with government authorities in connection with its efforts to comply with the Opinion and any related rules and regulations.

**Safe Harbor Statement**

This announcement contains forward-looking statements. These statements are made under the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates" and similar statements. The Company may also make written or oral forward-looking statements in its reports filed with, or furnished to, the U.S. Securities and Exchange Commission, in its annual reports to shareholders, in press releases and other written materials and in oral statements made by its officers, directors or employees to third parties. Statements that are not historical facts, including statements about the Company's beliefs and expectations, are forward-looking statements. Forward-looking statements involve inherent risks and uncertainties. Information regarding these risks and uncertainties is included in the Company's reports filed with, or furnished to the U.S. Securities and Exchange Commission. All information provided in this press release is as of the date of this press release, and TAL Education Group undertakes no duty to update such information or any forward-looking statement, except as required under applicable law.

**About TAL Education Group**

TAL Education Group is a leading K-12 after-school tutoring services provider in China. The acronym "TAL" stands for "Tomorrow Advancing Life", which reflects our vision to promote top learning opportunities for Chinese students through both high-quality teaching and content, as well as leading edge application of technology in the education experience. TAL Education Group offers comprehensive tutoring services to students from pre-school to the twelfth grade through three flexible class formats: small classes, personalized premium services, and online courses. Our tutoring services cover the core academic subjects in China's school curriculum as well as competence oriented programs. The Company's learning center network currently covers 110 cities. We also operate www.jzb.com, a leading online education platform in China. Our ADSs trade on the New York Stock Exchange under the symbol "TAL".

**For further information, please contact:**

Echo Yan
Investor Relations
TAL Education Group
Tel: +86 10 5292 6658
Email: ir@tal.com

Caroline Straathof
IR Inside
Tel: +31 6 5462 4301
Email: info@irinside.com

# EXHIBIT C

6-K 1 tm2132934d1_6k.htm FORM 6-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

# FORM 6-K

---

**REPORT OF FOREIGN PRIVATE ISSUER
PURSUANT TO RULE 13a-16 OR 15d-16 UNDER
THE SECURITIES EXCHANGE ACT OF 1934**

**For the month of November 2021**

**Commission File Number: 001-34900**

---

# TAL EDUCATION GROUP

---

**12/F, Danling SOHO
No. 6 Danling Street, Haidian District
Beijing 100080
People's Republic of China
(Address of principal executive offices)**

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F.

Form 20-F ☒ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐

SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

TAL Education Group

By: /s/ Alex Zhuangzhuang Peng
    Name:  Alex Zhuangzhuang Peng
    Title:   Chief Financial Officer

Date:    November 15, 2021

**Exhibit Index**

Exhibit 99.1 – Press Release

---

EX-99.1 2 tm2132934d1_ex99-1.htm EXHIBIT 99.1

**Exhibit 99.1**

### TAL Education Group Provides Updates on Business Operations

BEIJING, November 12, 2021 – TAL Education Group ("TAL" or the "Company") (NYSE: TAL), a leading K-12 after-school tutoring services provider in China, today provided updates on the Company's business operations in response to the recent regulatory developments relating to after-school tutoring services, including the Opinions on Further Alleviating the Burden of Homework and After-School Tutoring for Students in Compulsory Education, published in July 2021 by the General Office of the CPC Central Committee and the General Office of the State Council (the "Opinion") and the related implementation rules, regulations and measures promulgated by competent authorities.

In compliance with the Opinion and applicable rules, regulations and measures, the Company plans to cease offering academic subjects to students from kindergarten through grade nine ("K9 Academic AST Services") in the mainland of China by the end of December 2021. The Company expects that the cessation will have a substantial adverse impact on the Company's revenues for the fiscal year ending February 28, 2022 and subsequent periods. In the fiscal year ended February 28, 2021, the revenues from offering K9 Academic AST Services accounted for a substantial majority of the Company's total revenues in the year.

By leveraging its leading-edge education technology, high quality content and extensive experience, TAL will continue to operate and develop the portion of its business that is not related to K9 Academic AST Services, and will also explore other opportunities to provide education services in accordance with relevant rules and regulations.

The Company will continue to seek guidance from and cooperate with government authorities in various provinces and municipalities in China in connection with its efforts to comply with the policy directives in the Opinion and any related implementation rules, regulations and measures. The Company will further adjust its business operations as required, and update its shareholders as appropriate.

**Safe Harbor Statement**

This announcement contains forward-looking statements. These statements are made under the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates" and similar statements. The Company may also make written or oral forward-looking statements in its reports filed with, or furnished to, the U.S. Securities and Exchange Commission, in its annual reports to shareholders, in press releases and other written materials and in oral statements made by its officers, directors or employees to third parties. Statements that are not historical facts, including statements about the Company's beliefs and expectations, are forward-looking statements. Forward-looking statements involve inherent risks and uncertainties. Information regarding these risks and uncertainties is included in the Company's reports filed with, or furnished to the U.S. Securities and Exchange Commission. All information provided in this press release is as of the date of this press release, and TAL Education Group undertakes no duty to update such information or any forward-looking statement, except as required under applicable law.

**About TAL Education Group**

TAL Education Group is a leading K-12 after-school tutoring services provider in China. The acronym "TAL" stands for "Tomorrow Advancing Life", which reflects our vision to promote top learning opportunities for Chinese students through both high-quality teaching and content, as well as leading edge application of technology in the education experience. TAL Education Group offers comprehensive tutoring services to students from pre-school to the twelfth grade through three flexible class formats: small classes, personalized premium services, and online courses. Our tutoring services cover the core academic subjects in China's school curriculum as well as competence oriented programs. Our ADSs trade on the New York Stock Exchange under the symbol "TAL".

**For further information, please contact:**

Echo Yan
Investor Relations
TAL Education Group
Tel: +86 10 5292 6669-8809
Email: ir@tal.com

2

# EXHIBIT D

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 20-F**

☐  **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☒  **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

   **For the fiscal year ended February 28, 2022.**

**OR**

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

   **For the transition period from＿＿to＿＿＿.**

**OR**

☐  **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Date of event requiring this shell company report

**Commission file number: 001-34900**

# TAL Education Group
(Exact name of Registrant as specified in its charter)

**N/A**
(Translation of Registrant's name into English)

**Cayman Islands**
(Jurisdiction of incorporation or organization)

**5/F, Tower B, Heying Center**
**Xiaoying West Street, Haidian District**
**Beijing 100085**
**People's Republic of China**
(Address of principal executive offices)

**Alex Zhuangzhuang Peng, Chief Financial Officer**
**Telephone: +86-10-5292-6658**
**Email: ir@tal.com**
**5/F, Tower B, Heying Center**
**Xiaoying West Street, Haidian District**
**Beijing 100085**
**People's Republic of China**
(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act.

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
| --- | --- | --- |
| American Depositary Shares, each three representing one Class A common share* | NYSE: TAL | The New York Stock Exchange |
| Class A common shares, par value $0.001 per share** | NYSE: TAL** | The New York Stock Exchange |

\*    Effective on August 16, 2017, the ratio of ADSs to Class A common shares was changed from one ADS representing two Class A common shares to three ADSs representing one Class A common share.

\*\*   Not for trading, but only in connection with the listing on The New York Stock Exchange of American depositary shares.

Securities registered or to be registered pursuant to Section 12(g) of the Act.

**None**
(Title of Class)

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act.

Table of Contents

- we may fail to promote our current business in existing markets or identify, or market our current business in new markets with sufficient growth potential;

- we may fail to obtain the requisite licenses and permits necessary to operate our business at our desired locations from local authorities or face risks in opening without the requisite licenses and permits;

- we may not be able to further expand our existing content library or learning technology solutions;

- we may not be able to retain core talents that are critical to our business;

- we may fail to maintain our competitive advantages in the market;

- we may not be able to expand the scale of our current business in a cost-effective and timely manner;

- we may not be able to successfully replicate or adapt our business model in overseas markets; and

- we may not be able to successfully identify new business opportunities, if any, or integrate acquired businesses and may not be able to achieve the benefits we expect from recent and future acquisitions or investments.

If we fail to successfully execute our growth strategies, we may not be able to maintain our growth rate and our business and prospects may be materially and adversely affected as a result.

***If we are not able to maintain and enhance the value of our brands, our business and operating results may be harmed.***

We believe that market awareness of our "Xueersi" brand has contributed significantly to the success of our business, and that maintaining and enhancing the value of this brand is critical to maintaining and enhancing our competitive advantage. If we are unable to successfully promote and market our brands and services, our ability to attract new learners could be adversely impacted and, consequently, our financial performance could suffer. We mainly rely on word-of-mouth referrals to attract prospective learners and we also use integrated marketing tools and tactics to promote our brands. We have also sought to strengthen recognition for our other brands, such as our "Haoweilai" brand, which is the umbrella brand for all our brands, our "Xueersi" brand, through which we offer learning services and content solutions, and our "Think Academy," through which we provide our overseas offerings. A number of factors could prevent us from successfully promoting our brands, including learner dissatisfaction with our services, the failure of our marketing tools and strategies to attract prospective learners. In addition, our brands may be adversely affected by misconduct and non-compliance, including those related to licensing or qualification requirements, of our business partners who purchase our services and solutions. If we are unable to maintain and enhance our existing brands, successfully develop additional brands, or utilize marketing tools in a cost-effective manner, our revenues and profitability may suffer. See "—Our brand image, business and results of operations may be adversely impacted by illegal, fraudulent or collusive activities or other wrongdoings by our employees and third parties acting on our behalf."

Furthermore, we cannot assure you that our sales and marketing efforts will be successful in further promoting our brands in a cost-effective manner. If we are unable to further enhance our brand recognition and increase awareness of our services, or if we incur excessive sales and marketing expenses, our business and results of operations may be materially and adversely affected.

***Significant uncertainties exist in relation to the interpretation and implementation of, or proposed changes to, the PRC laws, regulations and policies regarding the after-school tutoring industry. In particular, our compliance with the Opinions on Further Alleviating the Burden of Homework and After-School Tutoring for Students in Compulsory Education and the implementation measures issued by the relevant PRC government authorities has had, and could have further, material adverse effect on us.***

The regulatory environment with respect to the industry that we have been operating in China is changing rapidly for the past years and therefore is subject to substantial uncertainties. Prior to the end of December 2021, we primarily operate the K9 Academic AST Services in China. In July 2021, the General Office of the CPC Central Committee and the General Office of the State Council promulgated the Opinions on Further Alleviating the Burden of Homework and After-School Tutoring for Students in Compulsory Education, or the Alleviating Burden Opinion Regarding Compulsory Education, which contains high-level policy directives in terms of the requirements and restrictions on after-school tutoring institutions, including, among other things, (i) institutions providing after-school tutoring services on academic subjects in China, or Academic AST Institutions, need to be registered as non-profit institutions

19

Table of Contents

and foreign ownership in Academic AST Institutions is prohibited, including through contractual arrangements, and companies with existing foreign ownership need to rectify the situation; (ii) listing or raising capital from capital markets to invest in or acquiring Academic AST Institutions is prohibited and local government authorities shall no longer approve any new Academic AST Institutions; (iii) online Academic AST Institutions that have filed with the local education administration authorities shall be re-approved; (iv) for non-academic tutoring, local authorities shall identify corresponding competent authorities for different tutoring categories, set forth standards and approve relevant non-academic tutoring institutions; and (v) other compliance requirements for the operation of after-school tutoring institutions, including without limitation that after-school tutoring institutions shall not provide tutoring services during national holidays, weekends and school breaks, and requirements on risk management and control over the pre-collection of fees by after-school tutoring institutions. See "Item 4. Information on the Company—B. Business Overview—PRC Regulation—Regulations on Private Education—Regulations on After-school Tutoring Institutions and Online Education" for more details.

The Alleviating Burden Opinion Regarding Compulsory Education also provides that administration over academic tutoring services for high school students, which do not fall within China's compulsory education system, shall be implemented by reference to the relevant provisions of the Alleviating Burden Opinion Regarding Compulsory Education, however, it remains uncertain as to how and to what extent such implementation by reference will be. Therefore, we cannot assure you that we would not be required to take further actions regarding our high-school academic tutoring services to comply with the Alleviating Burden Opinion Regarding Compulsory Education and its implementation measures. Further, the Ministry of Education of the PRC, or the MOE, together with other government authorities, issued several implementation regulations and rules, including without limitation, a circular requiring all Academic AST Institutions providing K9 Academic AST Services to complete registration as non-profit by the end of 2021 and a circular requiring all online Academic AST Institutions that have filed with the local education administration authorities providing tutoring services on academic subjects to obtain the private school operating permit by the end of 2021. See "Item 4. Information on the Company—B. Business Overview—PRC Regulation—Regulations on Private Education—Regulations on After-school Tutoring Institutions and Online Education" for more details.

We have been closely monitoring the evolving regulatory environment and are making efforts to seek guidance from and cooperate with the government authorities to comply with the Alleviating Burden Opinion and its implementation measures. In compliance with the Alleviating Burden Opinion Regarding Compulsory Education and applicable rules, regulations and measures, we ceased offering K9 Academic AST Services in mainland China by the end of December 2021. Such cessation has had a significant negative impact on our financial performance for the fiscal year ended February 28, 2022 since revenues from offering K9 Academic AST Services accounted for a substantial majority of our total revenues prior to our cessation of such business, and is expected to have a significant negative impact on our financial performance for the fiscal year ending February 28, 2023 and subsequent periods, compared with that of previous years. Due to the complexity and substantial uncertainty of the regulatory environment, we cannot assure you that our operations would be in full compliance with applicable laws, regulations and policies, including the Alleviating Burden Opinion and its implementation measures, in a timely manner, or at all. We may become subject to fines or other penalties or be required to terminate certain operations or incur material costs and expenses to comply with such applicable laws, regulations and policies, in which case our business, financial condition and results of operations could be materially and adversely affected further. We also cannot assure you that there will not be any new rules or regulations in China on the business we currently operate, or such new rules and regulations will not subject our business operations to further adjustments and in the event of such changes, our business operations may be adversely impacted.

***We are required to obtain various operating licenses and permits and to make registrations and filings for our current business in China; failure to comply with these requirements may materially and adversely affect our business and results of operations.***

We are required to obtain and maintain various licenses and permits and fulfill registration and filing requirements in order to operate our current offerings, or the current business. For instance, pursuant to the Alleviating Burden Opinion Regarding Compulsory Education and the Opinion on Supervising After-School Tutoring Institutions issued by the State Council on August 22, 2018, or the State Council Circular 80, institutions providing after-school tutoring services on academic subjects shall obtain the private school operation permit. The State Council Circular 80 and the Amended Implementation Rules for the Private Education Law, or the Amended Implementation Rules, effective on September 1, 2021, further require the learning centers of after-school tutoring institutions to make filings with the relevant education authorities. As of February 28, 2022, substantially all of our schools engaging in high-school academic tutoring services have obtained and maintained valid private school operating permits and substantially all of our learning centers have completed the required filings with relevant education authorities.

For our enrichment learning services, a few local governments have issued rules or recently released draft rules for public comments requiring the providers of enrichment learning service to obtain private school operating permit and to comply with relevant

20

Table of Contents

**SIGNATURES**

The registrant hereby certifies that it meets all of the requirements for filing its annual report on Form 20-F and that it has duly caused and authorized the undersigned to sign this annual report on its behalf.

**TAL EDUCATION GROUP**

By:/s/ Bangxin Zhang
Name: Bangxin Zhang
Title: Chairman and Chief Executive Officer

Date: June 14, 2022

137

# EXHIBIT E

Table of Contents

---

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 20-F/A**

**(Amendment No. 1)**

☐  REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OR (g) OF THE SECURITIES EXCHANGE ACT OF 1934

OR

☒  ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

    For the fiscal year ended February 28, 2022.

OR

☐  TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

    For the transition period from___to____.

OR

☐  SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Date of event requiring this shell company report

**Commission file number: 001-34900**

# TAL Education Group

(Exact name of Registrant as specified in its charter)

**N/A**

(Translation of Registrant's name into English)

**Cayman Islands**

(Jurisdiction of incorporation or organization)

**5/F, Tower B, Heying Center**
**Xiaoying West Street, Haidian District**
**Beijing 100085**
**People's Republic of China**

(Address of principal executive offices)

**Alex Zhuangzhuang Peng, Chief Financial Officer**
**Telephone: +86-10-5292-6658**
**Email: ir@tal.com**
**5/F, Tower B, Heying Center**
**Xiaoying West Street, Haidian District**
**Beijing 100085**
**People's Republic of China**

(Name, Telephone, E-mail and/or Facsimile number and Address of Company Contact Person)

Securities registered or to be registered pursuant to Section 12(b) of the Act.

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| American Depositary Shares, each three representing one Class A common share* | NYSE: TAL | The New York Stock Exchange |
| Class A common shares, par value $0.001 per share** | NYSE: TAL** | The New York Stock Exchange |

\*   Effective on August 16, 2017, the ratio of ADSs to Class A common shares was changed from one ADS representing two Class A common shares to three ADSs representing one Class A common share.

\*\*  Not for trading, but only in connection with the listing on The New York Stock Exchange of American depositary shares.

Table of Contents

- we may fail to maintain our competitive advantages in the market;

- we may not be able to expand the scale of our current business in a cost-effective and timely manner;

- we may not be able to successfully replicate or adapt our business model in overseas markets; and

- we may not be able to successfully identify new business opportunities, if any, or integrate acquired businesses and may not be able to achieve the benefits we expect from recent and future acquisitions or investments.

If we fail to successfully execute our growth strategies, we may not be able to maintain our growth rate and our business and prospects may be materially and adversely affected as a result.

***If we are not able to maintain and enhance the value of our brands, our business and operating results may be harmed.***

We believe that market awareness of our "Xueersi" brand has contributed significantly to the success of our business, and that maintaining and enhancing the value of this brand is critical to maintaining and enhancing our competitive advantage. If we are unable to successfully promote and market our brands and services, our ability to attract new learners could be adversely impacted and, consequently, our financial performance could suffer. We mainly rely on word-of-mouth referrals to attract prospective learners and we also use integrated marketing tools and tactics to promote our brands. We have also sought to strengthen recognition for our other brands, such as our "Haoweilai" brand, which is the umbrella brand for all our brands, our "Xueersi" brand, through which we offer learning services and content solutions, and our "Think Academy," through which we provide our overseas offerings. A number of factors could prevent us from successfully promoting our brands, including learner dissatisfaction with our services, the failure of our marketing tools and strategies to attract prospective learners. In addition, our brands may be adversely affected by misconduct and non-compliance, including those related to licensing or qualification requirements, of our business partners who purchase our services and solutions. If we are unable to maintain and enhance our existing brands, successfully develop additional brands, or utilize marketing tools in a cost-effective manner, our revenues and profitability may suffer. See "—Our brand image, business and results of operations may be adversely impacted by illegal, fraudulent or collusive activities or other wrongdoings by our employees and third parties acting on our behalf."

Furthermore, we cannot assure you that our sales and marketing efforts will be successful in further promoting our brands in a cost-effective manner. If we are unable to further enhance our brand recognition and increase awareness of our services, or if we incur excessive sales and marketing expenses, our business and results of operations may be materially and adversely affected.

***Significant uncertainties exist in relation to the interpretation and implementation of, or proposed changes to, the PRC laws, regulations and policies regarding the after-school tutoring industry. In particular, our compliance with the Opinions on Further Alleviating the Burden of Homework and After-School Tutoring for Students in Compulsory Education and the implementation measures issued by the relevant PRC government authorities has had, and could have further, material adverse effect on us.***

The regulatory environment with respect to the industry that we have been operating in China is changing rapidly for the past years and therefore is subject to substantial uncertainties. Prior to the end of December 2021, we primarily operate the K9 Academic AST Services in China. In July 2021, the General Office of the CPC Central Committee and the General Office of the State Council promulgated the Opinions on Further Alleviating the Burden of Homework and After-School Tutoring for Students in Compulsory Education, or the Alleviating Burden Opinion Regarding Compulsory Education, which contains high-level policy directives in terms of the requirements and restrictions on after-school tutoring institutions, including, among other things, (i) institutions providing after-school tutoring services on academic subjects in China, or Academic AST Institutions, need to be registered as non-profit institutions and foreign ownership in Academic AST Institutions is prohibited, including through contractual arrangements, and companies with existing foreign ownership need to rectify the situation; (ii) listing or raising capital from capital markets to invest in or acquiring Academic AST Institutions is prohibited and local government authorities shall no longer approve any new Academic AST Institutions; (iii) online Academic AST Institutions that have filed with

the local education administration authorities shall be re-approved; (iv) for non-academic tutoring, local authorities shall identify corresponding competent authorities for different tutoring categories, set forth standards and approve relevant non-academic tutoring institutions; and (v) other compliance requirements for the operation of after-school tutoring institutions, including without limitation that after-school tutoring institutions shall not provide tutoring services during national holidays, weekends and school breaks, and requirements on risk management and control over the pre-collection of fees by after-school tutoring institutions. See "Item 4. Information on the Company—B. Business Overview—PRC

19

Table of Contents

Regulation—Regulations on Private Education—Regulations on After-school Tutoring Institutions and Online Education" for more details.

The Alleviating Burden Opinion Regarding Compulsory Education also provides that administration over academic tutoring services for high school students, which do not fall within China's compulsory education system, shall be implemented by reference to the relevant provisions of the Alleviating Burden Opinion Regarding Compulsory Education, however, it remains uncertain as to how and to what extent such implementation by reference will be. Therefore, we cannot assure you that we would not be required to take further actions regarding our high-school academic tutoring services to comply with the Alleviating Burden Opinion Regarding Compulsory Education and its implementation measures. Further, the Ministry of Education of the PRC, or the MOE, together with other government authorities, issued several implementation regulations and rules, including without limitation, a circular requiring all Academic AST Institutions providing K9 Academic AST Services to complete registration as non-profit by the end of 2021 and a circular requiring all online Academic AST Institutions that have filed with the local education administration authorities providing tutoring services on academic subjects to obtain the private school operating permit by the end of 2021. See "Item 4. Information on the Company—B. Business Overview—PRC Regulation—Regulations on Private Education—Regulations on After-school Tutoring Institutions and Online Education" for more details.

We have been closely monitoring the evolving regulatory environment and are making efforts to seek guidance from and cooperate with the government authorities to comply with the Alleviating Burden Opinion and its implementation measures. In compliance with the Alleviating Burden Opinion Regarding Compulsory Education and applicable rules, regulations and measures, we ceased offering K9 Academic AST Services in mainland China by the end of December 2021. Such cessation has had a significant negative impact on our financial performance for the fiscal year ended February 28, 2022 since revenues from offering K9 Academic AST Services accounted for a substantial majority of our total revenues prior to our cessation of such business, and is expected to have a significant negative impact on our financial performance for the fiscal year ending February 28, 2023 and subsequent periods, compared with that of previous years. Due to the complexity and substantial uncertainty of the regulatory environment, we cannot assure you that our operations would be in full compliance with applicable laws, regulations and policies, including the Alleviating Burden Opinion and its implementation measures, in a timely manner, or at all. We may become subject to fines or other penalties or be required to terminate certain operations or incur material costs and expenses to comply with such applicable laws, regulations and policies, in which case our business, financial condition and results of operations could be materially and adversely affected further. We also cannot assure you that there will not be any new rules or regulations in China on the business we currently operate, or such new rules and regulations will not subject our business operations to further adjustments and in the event of such changes, our business operations may be adversely impacted.

***We are required to obtain various operating licenses and permits and to make registrations and filings for our current business in China; failure to comply with these requirements may materially and adversely affect our business and results of operations.***

We are required to obtain and maintain various licenses and permits and fulfill registration and filing requirements in order to operate our current offerings, or the current business. For instance, pursuant to the Alleviating Burden Opinion Regarding Compulsory Education and the Opinion on Supervising After-School Tutoring Institutions issued by the State Council on August 22, 2018, or the State Council Circular 80, institutions providing after-school tutoring services on academic subjects shall obtain the private school operation permit. The State Council Circular 80 and the Amended Implementation Rules for the Private Education Law, or the Amended Implementation Rules, effective on September 1, 2021, further require the learning centers of after-school tutoring institutions to make filings with the relevant education authorities. As of February 28, 2022, substantially all of our schools engaging in high-school academic tutoring services have obtained and maintained valid private school operating permits and substantially all of our learning centers have completed the required filings with relevant education authorities.

For our enrichment learning services, a few local governments have issued rules or recently released draft rules for public comments requiring the providers of enrichment learning service to obtain private school operating permit and to comply with relevant implementation measures, whereas the local government authorities in most of the provinces and cities where we operate enrichment learning business have not published rules that subject our

Table of Contents

## SIGNATURES

The registrant hereby certifies that it meets all of the requirements for filing its annual report on Form 20-F/A and that it has duly caused and authorized the undersigned to sign this annual report on its behalf.

**TAL EDUCATION GROUP**

By:/s/ Bangxin Zhang
Name: Bangxin Zhang
Title: Chairman and Chief Executive Officer

Date: November 1, 2022

62

# EXHIBIT F

**Xueersi Behind the Mask**

2023-03-14 13:32 Tuesday; Chen Mo, Reporter of Cailian Press

[Translation omitted]

Now, should Xueersi's instruction covering Chinese, math, and English, veiled under the cloak or mask of "humanism," "thinking," and "eloquence," be categorized as "academic tutoring," subject to stringent restrictions and non-profit purpose, or does it fall under the realm of "non-academic tutoring," affording more operational latitude? This question needs urgent clarification and has become pivotal to the effect of the "double reduction" policy.

[Translation omitted]

## **CERTIFICATION**

I declare under penalty of perjury under the laws of the United States that I am an Associate at Quinn Emanuel Urquhart & Sullivan, LLP in China, that I am proficient in the English and Chinese languages, and that this is an accurate translation of the highlighted portions in the original language document.


Executed on 15 December, 2023

Signed:

Print name: Shengling Zhu

关于我们　　网站声明　　联系方式　　用户反馈　　网站地图　　帮助　　　　　　　　　　　　注册　I

首页　　电报　　话题　　盯盘　　VIP　　FM　　投研　　下载

头条　　A股　　港股　　环球　　公司　　券商　　基金　　地产　　金融　　汽车　　科创



要闻　　　　股市

## “假面”学而思

**深度**　**原创**　财联社记者公司深度调查

学而思深度调查来了！记者赴多地调查了解到，正重启大规模线下招生的企业学而思，在所谓"素养课"包装下，将超前、超纲内容纳入教学培训，把"幼小衔接""应对考试"作为课程卖点，与国家"双减"政策要求背道而驰，更和相关文件细则存在诸多冲突抵牾。

**财联社3月14日讯（记者 陈默）** 教幼儿园孩子拼音写字，向低年级学生讲解高年级古诗词，给小学三年级出的数学题连家长看了都挠头……财联社记者近日赴多地调查了解到，正重启大规模线下招生的校外培训龙头企业学而思，在所谓"素养课"包装下，将超前、超纲内容纳入教学培训，把"幼小衔接""应对考试"作为课程卖点，与国家"双减"政策要求背道而驰，更和相关文件细则存在诸多冲突抵牾。

如此种种，距离学而思宣布停止义务教育阶段的学科类校外培训仅仅刚过一年时间。

而今，在"人文""思维""口才"等等外衣、面具之下，学而思涉及语数英内容的教学究竟是属于严格受限且不得以营利为目的的"学科类培训"，还是可算作操作空间更大的"非学科类培训"？这个亟待厘清的问题，已成为影响"双减"成效的关键。

### "非学科"培训为何研究校内考试?

"我们（的课）有周一到周五的，也有周末的，现在应该都报满了。你先看看想报哪种（班），我再帮你查一下能不能插班、补报。"近日，上海一家学而思教学点的课程顾问向现场咨询的财联社记者表示。

此时，也有别的家长前来咨询报名，得到的同样是"名额紧张"的信息。"我们线下大规模回归也就是从春季班刚开始，面授课开得少，"该课程顾问解释道，"'双减'之后，我们一直都有（线上课）的。原来上海点挺多的，有八九十家校区，现在还有十几家。"

这名课程顾问所说的"双减"，即2021年7月，中办、国办发布《关于进一步减轻义务教育阶段学生作业负担和校外培训负担的意见》后，对校外培训机构的规范整顿。根据"双减通知"，为"坚持从严治理，全面规范校外培训行为"，明确要求：义务教育阶段的校外学科类培训机构必须是"非营利性"，且不得占用国家法定节假日、休息日开课，更严禁资本化运作，外资亦不得利用可变利益实体等方式控参股学科类培训机构……

"双》

・部分产品开始缺货！存储芯片涨化

・香港买楼引发股价大跌？李宁回应

・河南一彩民中8662万大奖，现场

・永辉，何去何从？

・"纽扣大王"子公司伟星房产拿地狂

・控股当地最大电商平台 TikTok电育

・美国SEC据称正调查投顾机构的A

・武汉市原副市长王清华被"双开"：

・增持近5.6亿股！兴业银行股东释极信号 年内多家银行高管股东频频

・北京对重点人群启动XBB新冠疫苗

查看更多



关联话题

财联社记者公
7487人

教育

**10:37**　【风口研报·公司】新一年A股增量资金或来自险资等配置资金，这家公司规划80%利润均现金分红回报... 逆势穿越周期 ✕

12/12/23, 11:23

不作出"重大调整"，宣布于2021年底退出K9（小学到初中）的学科类培训。而此番线下课"大规模回归"，学而思主要靠的是"素养课"的非学科类包装。

财联社记者昨日查阅学而思App发现，在"素养课"招牌下，学而思线下培训设有"创新思维""人文创作"等科目，主要面向幼儿园、小学阶段，收费多为单科12至13节课3000元以上，北京、上海等多个城市皆有开班。"现在一般是提前1-2个月开始报名，大概4、5月份就可以报暑期班了。"前述课程顾问补充道。

近日，在北京、上海等地的学而思现场教学点，财联社记者看到，不少家长周末来咨询报课，休息区也坐满了等孩子下课的家长。"说是素养课，其实我们家长看中的主要还是课程对孩子语数英能力的提升。"在北京一个教学点，有家长对记者表示。据现场另一位家长说，孩子小学上学期的期末考试里，还出现了学而思之前教过的内容。

在号称为"非学科类"的培训中，怎会讲到学校要考的内容？带着这一疑问，财联社记者昨日查阅招聘类App有关学而思的职位信息，发现其面向学龄前儿童及小学生的"数学教研"的岗位职责竟包括："根据课标、教材梳理小学数学知识点、考察方式"，以及"研究全国各版本小学数学考试命题，能应用到教研产品设计中"。

财联社记者行…    +关注

1.44W 人关注









**多个维度显露"学科类"特征**

"严禁超标超前培训，严禁非学科类培训机构从事学科类培训，严禁提供境外教育课程。"2021年的"双减通知"用了三个"严禁"来规范校外培训。但在学而思的培训内容宣传中，财联社记者发现诸多与"双减"政策要求背道而驰之处。

以上文的"应试研究"为例，在学而思课程顾问所提供的宣传材料中，其二年级培训课程中，就有将"我们学的"和"学校考的"作题型对照，还有"校内附加题常见经典题型，专项突破"字样的内容介绍。

而纵观上海、广东、浙江等地对学科及非学科类培训的鉴别细则（附注1、2、3），在培训内容、方式、目的、结果的多维度综合鉴别中，是否围绕国家课程标准规定的学科类学习内容教学，是否以提高相关科目（校内闭卷）考试分数为主要目标和结果，都是评判认定构成学科类培训的核心要件。



再看培训方式，当记者咨询小学三年级"素养课"的课堂详情时，北京学而思一名课程顾问直言："（课程内容）同步年级，比学校拓展得多，"并补充道，"老师会有课前测、课后测，一般最后一次课是评估，可以检测孩子的学习情况。"记者追问如何评估，该课程顾问一语概括："（做）卷子，还是得落到笔头上。"

对照上述省市的鉴别细则，讲授示范、练习、测试等课堂培训方式均被认为具有"学科类"特征。

**"幼小衔接"教拼音涉嫌违规**

除了在培训中包含大量校内知识点，进行应试题型训练外，学而思明显涉嫌违规之处还有其"幼小衔接"课程。

"双减通知"明确提出：不得开展面向学龄前儿童的线上培训，严禁以学前班、幼小衔接班、思维训练班等名义面向学龄前儿童开展线下学科类（含外语）培训。但在对上海、杭州等地线下教学点的走访中，记者发现，学而思向幼儿园家长"力推"的正是其拼音、思维等"幼小衔接"内容。



"我们人文创作（幼儿园）大班下学期的每节课还会教10分钟拼音，你如果一直跟着上的话，不用担心幼小衔接问题"，上海学而思一名课程顾问推介道。记者发现，其展示的线下课程资料中，"拼音"二字被特别标红。

在杭州学而思，拼音学习则被纳入所谓"魔力口才"课，当地的课程顾问向记者强调："拼音和思维是幼升小的刚需，（一定）要报的。"

但是，按教育部门规定，小学一年级才开始汉语拼音教学，幼儿园阶段不得提前教授小学课程。



"抢跑"教学的内容不止有拼音，在财联社记者拿到的一份学而思中班春季素养课"创新思维"学习规划中，等量代换、立体图形展开图和剖面图、破十法等小学学习内容赫然在列。

类似情况还有，在所谓"人文创作"的语文学习中，学而思二年级春季班就要阅读《凉州词》《从军行》等边塞诗，而同题古诗是出现于小学高年级的语文课本。更有甚者，在上海学而思微信号的宣传文章中，一身汉服的老师正对着小学生讲授李清照的《如梦令》（绿肥红瘦）。不知这个年纪的孩子能否理解李清照"伤春"的少女情怀，只知她另一首相对浅白的《如梦令》是直到中学课本才出现的。



同时，目前学而思的素养课还采取分班制，即所谓A班、A+班、S班。"S班是天才班吗？"有家长在教学点向课程顾问提出质疑。据课程顾问解释，S班必须经过学而思统一的选拔考试，只有被录取才能报名，下次选拔时间预计在4月份。"S班的知识点非常深。"课程顾问着重强调。

据了解，在"双减"政策发布前，学而思的学科类培训即划分所谓敏学班、勤思班和S班，其中S班也是学而思内部选拔"学习尖子"组成的。

"其实家长也知道，让孩子提前学就是拔苗助长，但当今的氛围让很多家长觉得提前学数学、学识字甚至学阅读，都是幼儿园小朋友的'标配'。短期看，孩子可能在初入小学时会比那些没'抢跑'的孩子学得更轻松。但从长远看，这种单纯地学习知识会降低孩子的可塑性，破坏孩子的想象力。作为一名小学老师和两个小学生的家长，我认为在幼儿园包括小学阶段，培养孩子的良好行为习惯、生活自理能力，激发孩子的学习兴趣，增加户外活动帮他们养成健康体格，远比提前学习知识点重要得多。"一位资深小学教师对财联社记者表示，超前学习长期看其实并无益处。

在政策层面，对于义务教育阶段培训中的超前学习、拔苗助长，教育部早在2020年便下发通知（附注4），要求依据负面清单严肃查处超标超前培训行为。其负面清单明确：培训不得超过所在县（市、区）语数英等科目教学的同期进度和要求，禁止在寒暑假培训下学期教科书的知识内容。

**跳出学而思，才有好未来……**

《校外培训路在何方？跳出学而思，才有好未来》，2021年"双减通知"发布后不久，就有央媒记者曾以此为题，向学而思等校外培训机构发出灵魂之问：是彻底转变过去的商业模式，还是搞点"换汤不换药"的小动作？

对学而思来说，这道题的难度或许不亚于让一个学龄前孩子去参加S班选拔。

"双减"对教培行业尤其是K9校外培训产生了根本性的影响。学而思母公司好未来便首当其冲，2021财年Q4财报数据显示，K12（包括高中）业务收入占好未来总收入的九成，据摩根士丹利（2021年6月）的报告，其中K9业务收入在公司总收入中的比重高达80%。

以奥数课起家，主攻中低年级辅导、开创小班教学的学而思，曾推动好未来创造了美股上市时市值不到10亿美元，一路涨至最高点市值达586亿美元的"辉煌"。此后，好未来一度经历断崖式巨幅下跌。但在过去一年（2022/3/10-2023/3/11），好未来股价又从2.5美元涨至6.8美元。有机构认为，公司将"东山再起"，而评估其成长性的重要依据是：以（培养学生）底层能力为导向的素养教育符合大方向，市场规模将超千亿元级别。目前公司的素养课程已初具规模。

在2022年4月举行的2022财年Q4财报电话会上，好未来管理层也表示，公司2021年底全面退出K9学科类培训市场后，重新自我定位于"智能学习解决方案提供商"，将业务梳理为学习服务、学习技术解决方案和学习内容解决方案三项。其中，学习服务主要是指提供素养课程。

据好未来管理层表述，公司从学科类向非学科类的转变，最主要就是围绕上述三项业务商业模式的转变，提供了与此前不同的产品、内容。

但作为一家需要通过营利来回馈股东、支撑估值的上市公司，好未来的管理层在2023财年Q2财报电话会上也坦言，公司还"处于业务转型的早期阶段"，其在2023财年Q3财报电话会上又再次强调，"由于转型，暂时没有专注于提升盈利能力"。

即便好未来（学而思）业已完成向非学科类培训的转变，政策所要求的"公益属性"也与资本的"逐利天性"相抵牾。

2021年的"双减通知"就提到：坚持校外培训公益属性。去年，《教育部等十三部门关于规范面向中小学生的非学科类校外培训的意见》又进一步明确："非学科类培训机构要坚持公益属性，遵循公平、合法、诚实信用的原则，根据培训成本、市场供需等因素，合理确定收费项目和标准，控制调价频率和幅度，并报送主管部门。"

此外，"各地要对照非学科类培训机构设置标准，对现有机构进行全面排查，不符合设置标准的要对标整改。对2023年6月底前仍不能完成整改的培训机构依法依规严肃处理。"

再看好未来的另两项业务——学习技术解决方案和学习内容解决方案，似乎也有游走于"灰色地带"的嫌疑。如近期热卖的学而思学习机，约4600元售价的背后，核心卖点就是从学前到初中的学而思S级教师授课内容。

而此前，教育部针对变相违规开展学科类校外培训已有通知（附注5），对"变异形态"的查处方向即包括：违反培训时间有关规定，通过"直播变录播"等方式违规开展学科类培训。

将连线观看此前学而思教师授课作为卖点的这款学习机，究竟算不算变相的"直播变录播"，亦尚待甄别。

附注：

1，上海市教委关于印发《上海市中小学生校外培训服务类别鉴定指引》的通知

https://www.shanghai.gov.cn/202201gfxwj/20220105/137df1e4ca434032ae9371c8a28c16ad.html

2，浙江省教育厅办公室关于印发《浙江省义务教育阶段校外培训机构学科类和非学科类项目鉴别指引（试行）》的通知

https://www.jindong.gov.cn/art/2021/9/28/art_1229311403_1767898.html

3，广东省教育厅关于印发《广东省中小学校外培训项目学科和非学科类别鉴定工作指引》的通知

http://edu.gd.gov.cn/gkmlpt/content/3/3915/mmpost_3915141.html#1662

4，教育部办公厅关于印发义务教育六科超标超前培训负面清单（试行）的通知

http://www.moe.gov.cn/srcsite/A06/s3321/202005/t20200509_451674.html

5，教育部办公厅关于坚决查处变相违规开展学科类校外培训问题的通知

http://www.moe.gov.cn/srcsite/A29/202109/t20210908_560508.html

★ 收藏          阅89.15W

我要评论                                                          反馈意见 ›

欢迎您发表有价值的评论，发布广告和不和谐的评论都将会被删除，您的账号将禁止评论。

发表评论

关于我们　|　网站声明　|　联系方式　|　用户反馈　|　网站地图　|　友情链接　|　举报电话：021-54679377转617　举报邮箱：editor@cls.cn

上海市互联网
不良信息举报

财联社　　©2018-2023上海界面财联社科技股份有限公司 版权所有　沪ICP备14040942号-9　沪公网安备31010402006047号　沪金信备 [2021] 2号