Kevin H. Marino
John D. Tortorella
**MARINO, TORTORELLA
& BOYLE, P.C.**
437 Southern Boulevard
Chatham, NJ 07928-1488
Telephone: (973) 824-9300
Facsimile: (973) 824-8425
kmarino@khmarino.com
jtortorella@khmarino.com

*Attorneys for Defendants*

Michael B. Carlinsky†
Xiao Liu†
Jacob J. Waldman†
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
51 Madison Avenue, 22nd Floor
New York, New York  10010-1601
Telephone:  (212) 849-7000
michaelcarlinsky@quinnemanuel.com
xiaoliu@quinnemanuel.com
jacobwaldman@quinnemanuel.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JORDAN LEWANDOWSKI, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>TAL EDUCATION GROUP, and BANGXIN ZHANG,<br><br>        Defendants. | Case No:  2:23-cv-01769-MEF-JRA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS-ACTION COMPLAINT** |

THIS MATTER having come before the Court on the motion of Defendants TAL Education Group, Bangxin Zhang, Alex Peng and Jackson Ding (collectively, "Defendants"), pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), and the Private Securities Litigation Reform Act, for an Order granting Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint [ECF No. 20], and the Court having read and considered the submissions of the parties and the pleadings in this matter, and having heard oral argument, and for good cause shown;

---

† Application for admission *pro hac vice* forthcoming.

IT IS on this _____ day of _____, 2023

ORDERED that Defendants' Motion to Dismiss Plaintiffs' Amended Class Action Complaint [ECF No. 20] is GRANTED; and

IT IS FURTHER ORDERED that Plaintiffs' claims are DISMISSED in their entirety and with prejudice.

_____

Honorable Michael E. Farbiarz, U.S.D.J.