## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this date, I caused a true and correct copy of the foregoing documents to be filed electronically with the Clerk of the Court and served upon all counsel of record through the Court's CM/ECF system.

Dated: <u>December 15, 2023</u>

_____

JOHN D. TORTORELLA