**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs and the putative class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JORDAN LEWANDOWSKI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TAL EDUCATION GROUP, and BANGXIN ZHANG,<br><br>Defendants. | **Case No.: 2:23-cv-01769-MEF-JRA**<br><br>**DECLARATION OF JONATHAN HORNE IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THIRD AMENDED COMPLAINT** |

1

I, Jonathan Horne, declare:

1.   I am an attorney at The Rosen Law Firm, P.A., counsel for Lead Plaintiff Xuanjun Meng and named plaintiff Jordan Lewandoski. I make this Declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss, dated February 2, 2024, and filed herewith. I make this declaration solely to transmit documents to the Court.

2.   Attached hereto are true and correct copies of the following documents:

Exhibit 1: A certified translation of portions of the Ministry of Education of the People's Republic of China' Compulsory Education Chinese Language Curriculum Standards (2022 Edition).

Exhibit 2: A current report on Form 6-K filed by TAL Education Group on November 15, 2021, available at https://www.sec.gov/Archives/edgar/data/1499620/0001104 65921139112/tm2132934d1_6k.htm.

Exhibit 3: A current report on Form 6-K filed by TAL Education Group on January 14, 2021, available at https://www.sec.gov/Archives/edgar/data/1499620/0001104 65922004411/tm223002d1_6k.htm.

Exhibit 4: A certified translation of the Ministry of Education's *Guide to Identification of Extracurricular Tutoring Programs for Compulsory Education* dated November 8, 2021, and referenced in ¶125 of the Complaint.

Exhibit 5: A certified translation of an investigative report by the CaiLian News Agency published on March 14, 2023, and referenced in ¶14 of the Complaint.

Exhibit 6: A certified translation of portions of a report co-authored by TAL Education Group, available in Chinese at https://chinaiid.bnu.edu.cn/docs/2021-01/20210105171435185731.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 13, 2024

/s/ Jonathan Horne
Jonathan Horne

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.


/s/ Jonathan Horne