# Exhibit 1

**Compulsory Education** *Chinese* **Curriculum Standards** (2022 edition)

## The fourth stage of schooling (grades 7 to 9)

Students should be able to recognize character forms, pronounce words accurately, and understand the meanings of Chinese characters based on context, using tools when necessary. By the end of this stage, students are expected to have accumulated knowledge of around 3500 commonly used Chinese characters. They should be able to write these characters in a standardized, upright, and neat manner; In daily writing, students are encouraged to use standard, widely accepted cursive script, enhancing their writing speed. Developing an awareness of the patterns of Chinese characters is crucial. In social situations, students should be able to pronounce unfamiliar characters correctly and comprehend their meanings by considering the relationships between pronunciation, character form, and meaning; Furthermore, students are encouraged to discover and accumulate personalized phrases and paragraphs in different contexts, selecting expressions based on their communication needs and preferences.

During discussions, students are expected to express their opinions actively, ensuring they are central, well-founded, and organize; They should also demonstrate patience and attentiveness, accurately summarizing and restating information with emphasis on key points; Additionally, students should be capable of delivering impromptu speeches on relevant topics, presenting prepared speeches with their viewpoints effectively. When reading news reports, informative texts, and non-continuous texts, students should distinguish between facts and opinions; extract, summarize, and generalize key information, understand connections between information, and draw meaningful conclusions; They are also expected to judge the credibility of information using various evidence and apply textual information to solve specific problems. Proficiency in reading simple argumentative articles, distinguishing between viewpoints and materials, and explaining the connection between viewpoints and materials is emphasized; Additionally, the ability to make value judgments on others' viewpoints using empirical evidence is highlighted. Students are expected to observe life from multiple perspectives, express feelings and understanding coherently; use various media forms for communication; The development of skills in punctuation for accurate expression is also emphasized; Students are expected to collect data on commonly discussed hot topics, extract information, summarize viewpoints, and establish themes for learning activities; They should be able to present activity designs using various forms such as flowcharts and text; Additionally, students are encouraged to conduct investigations around learning activities and present learning outcomes using diverse formats like text, charts, drawings, and photos Utilizing multiple channels, including libraries, to acquire information, organize relevant learning content, enhance understanding, and write comprehensive activity summaries is emphasized.

Extensive reading of literary works from different eras and cultures, including poetry, novels, prose, and drama, is encouraged. Students should grasp the main content during the reading process and express their understanding through methods such as reading aloud, summarizing, and narration;

42

### 5. Academic quality

Ability to clarify writing ideas and use various forms to introduce the basic context of the works read; Can comprehend and appreciate key phrases and expressive language in classic works from multiple perspectives, using various methods such as highlighting and annotations to present an understanding of the language, imagery, emotions, and themes in the works. Can categorize and organize expressive words, brilliant paragraphs, and classic poetry and prose quotations, analyzing the effects of the artistic techniques used in the works; Able to identify areas in the works that are worth emulating, reflect on one's own language practices in comparison to others; summarize reading experiences and methods for different types of literary works; Can share insights gained from readings on nature, society, and life, adapt one's expression based on the experiences of others, and use accumulated language skills for oral or written communication as needed.

Can recommend outstanding traditional Chinese cultural classics, revolutionary culture, and advanced socialist cultural works to others orally or in writing; Can summarize typical character features and events in literary works, and deduce and summarize cultural phenomena, understanding basic knowledge of ancient Chinese culture; Can select appropriate text styles to record experiences, observations, and feelings based on specific situations and express sentiments, understandings, and viewpoints. In literary experience activities, can focus on problems discovered during the process, gather information around the issues, organize information, summarize others' viewpoints and understandings, and generalize and extract methods and strategies others used to solve problems, applying them to solve one's own problems; Can document the exploration process, summarize personal findings, present the problem-solving process coherently, and compile learning outcomes.

Can conduct interdisciplinary learning for problems encountered in studies and life, plan creative activities as needed, gather information from relevant disciplines, integrate information, and discover clues for solving problems; Can obtain information through various means, collect information extensively, pay attention to the authority and scientific nature of information; use empirical materials to provide reasonable explanations and inferences for related issues; Can refine one's own opinions through sorting and analyzing materials; Can refine one's own opinions through sorting and analyzing materials. Through collaborative efforts, can comprehensively use various activity styles such as painting, performance, and creation to conduct campus and social activities.

43



**eTranslators**
100% QUALITY ASSURED

College Road, North Sujapur, Fulbari: 5260

Fulbari, Dinajpur, Bangladesh

## *Certification of Translation*

I, **Aileen Lim**, being fluent in both Chinese and English languages, hereby certify that the documents titled" **Extracted pages 49-50 from 义务教育语文课程标准（2022年版）.pdf**" the attached English translation therefore, are accurate and complete rendition of each other.

I hereby certify that the translation is to the best of my knowledge and belief as a professional translator, a true and accurate human translation (from Chinese to English). The translation has been translated with my full ability as a professional translator in accordance with international standards.

**Project source: Via www.freelancer.com**
**Project ID:** 37745963

**External Document ID:**
N/A

***Translator Typed Name:***
Aileen Lim

**Translator Signature:**

*Lim*

I'm **PROJECT MANAGER**, as the Senior Project Manager with eTranslators, do hereby certify that the above translator, **Aileen Lim**, has been verified as an experienced professional translator in Chinese to English language pair, and that the translation is accurate rendition of the Project source document.

**Project Manager legal name (printed):**
Md. Masud Rana

**Project Manager Signature:**

*Rana*

**Date:**
**02.14.2024**





*100% Quality Assured*

jobayer.1612191@gmail.com ✉