# Exhibit 4

Languages    Microtalk education    Accessible browsing    Log in | Register



中华人民共和国教育部
Ministry of Education of the People's Republic of China

current location : home page > public

Information Title : Notice of the General Office of the Ministry of Education on the issuance of the "Guidelines for the Classification and Identification of Off-Campus Training Projects in the Compulsory Education Stage"

Information Index : 360A29-05-2021-0012-1 Generation Date : 2021-11-10 Issuing Authority : General Office of the Ministry of Education

Document Number : Letter from the Department of Educational Supervision [2021] No. 16 Information Category : Basic Education

Content Summary : The General Office of the Ministry of Education issued the "Guidelines for the Classification and Identification of Off-Campus Training Projects in the Compulsory Education Stage".

**Notice of the General Office of the Ministry of Education on the issuance of the "Guidelines for the Classification and Identification of Off-Campus Training Projects in the Compulsory Education Stage"**

Letter from the Department of Educational Supervision [2021] No. 16

To the Education Departments (Commissions) of each province, autonomous region, and directly administered municipality, as well as the Education Bureau of the Xinjiang Production and Construction Corps :

In order to implement the "Opinions on Further Reducing the Homework Burden and Off-Campus Training Burden of Students in the Compulsory Education Stage" issued by the General Office of the Central Committee of the Communist Party of China and the General Office of the State Council, and strengthen the identification and management of "disciplines category " projects of off-campus training institutions in the compulsory education stage, the Ministry of Education has formulated The "Guidelines for the Classification and Identification of Off-Campus Training Projects at the Compulsory Education Stage" were issued. This is now issued to you. Please conscientiously implement it in the classification and identification of off-campus training projects, speed up the improvement of the system, strengthen the construction of the expert team, and continuously improve the scientificity and standardization of the work.

General Office of the Ministry of Education

November 8, 2021

**Guidelines for the Classification and Identification of Off-Campus Training Projects in the Compulsory Education Stage**

In order to implement the "Opinions on Further Reducing the Homework Burden and Off-Campus Training Burden of Students in the Compulsory Education Stage" issued by the General Office of the Central Committee of the Communist Party of China and the General Office of the State Council, and to strengthen the identification and management of "disciplines category " projects of off-campus training institutions in the compulsory education stage, this guideline is formulated.

### 1. Scope of Application

This guideline applies to off-campus training institutions that provide off-campus training for students in the compulsory education stage.

### 2. Basic Principles

The classification and identification of off-campus training projects should follow the following principles：

（1） Adhere to strict regulations. Adhere strictly to the requirements of the Central Committee's "Double Reduction" initiative. Follow national laws, regulations, and policies rigorously, implement local administrative responsibilities, clarify boundaries, maintain strict requirements, and standardize procedures to reflect authority and seriousness.

（2） Adhere to scientific rigor. Rely extensively on expert opinions, respect the laws of disciplines and teaching, analyze the specific problems based on the actual situation of training projects, provide objective, fair, and independent professional opinions, ensuring scientific and rigorous decision-making.

（3） Adhere to overall planning and coordination. Strengthen horizontal cooperation among supervisory departments and promote coordination among regions. Adhere to a unified approach to avoid "low-lying areas," "blank areas," and "conflict areas" in practice. Actively study and respond to various new situations and problems in the work, continually explore and innovate, and refine systems and mechanisms in practice.

### 3. Identification Basis

According to the "Notice of the General Office of the Ministry of Education on Further Clarifying the Disciplines category and Non-disciplines category Scope of Off-Campus Training in the Compulsory Education Stage" (Letter from the Department of Education and Supervision) [2021] No. 3), national curriculum plans and curriculum standards for primary and secondary schools and other documents, and based on the actual situation of off-campus training, the categories of training projects are identified. Mainly from the comprehensive consideration of training purpose, training content, training methods, evaluation methods and other dimensions, if it meets the following characteristics, it will be judged as a disciplines category training project.

（1） Objective：Aimed at academic knowledge and skill tutoring, mainly to improve academic performance on academic subjects.

（2） Contents：Mainly involves subjects like Moral Education and Rule of Law, Chinese literacy, History, Geography, Math, Foreign Languages (English, Japanese, Russian), Physics, Chemistry, Biology, etc.

（3） Methods：Focuses on explaining academic knowledge, practicing listening, speaking, reading, writing, and arithmetic skills, mainly through pre-lesson preparations, teaching, and reinforcement exercises, with teaching demonstrations (including virtual, AI, etc.) and interactions being the primary forms.

（4） Evaluation：The emphasis on student evaluation is on selection and screening, mainly based on academic performance and test results.

### 4. Implementation Requirements

（1） Establish a Graded Guidance Mechanism. Provincial education administrative departments should coordinate and standardize the classification and identification of local training projects, strengthen graded guidance, promptly address and correct issues and deviations in the identification work, ensure consistent implementation, prevent deviations, and avoid different identification results for similar training projects in different regions. In case of significant disputes or difficulties in identification, lower-level education administrative departments should request higher-level education administrative departments for research and resolution. Each region should seriously summarize the classification and identification of training projects, create and update a database of typical cases, promote information exchange and sharing, and enhance the accuracy and efficiency of frontline identification work.

In the process of managing non-disciplines category training in other competent departments, education administrative departments can provide assistance in providing opinions on the classification and identification of training projects and have the final decision-making power for the identification of "disciplines category" projects.

（2）Establishing an Expert Identification System. Local education administrative departments at various levels should, according to relevant management needs, establish expert groups or commission professional organizations to conduct classification identification for training projects that cannot be directly determined, and make identification decisions. The identification expert group should include experts in relevant disciplines, courses, teaching, and related fields, with members and their immediate family members not holding positions or part-time positions in training institutions and not being

To meet practical work needs, the expert group may employ various methods, such as document review, on-site inspections, classroom observations, and personnel interviews. They will comprehensively assess specific aspects such as training purposes, content, methods, and evaluation, and provide identification opinions on whether the training project falls under "disciplines category" or " non-disciplines category". Identification work must not be influenced by external interference, and it must be free from personal bias and fraud, ensuring that the conclusions are genuine, objective, and fair.

（3）Strengthening Industry Self-discipline of Institutions. Training institutions should fulfill their responsibilities for self-management, conduct self-assessment and self-examination of the categories of training projects, consciously adhere to relevant management requirements for "disciplines category" or "non-disciplines category", training activities must be carried out in a standardized manner, and no misrepresentation of the name may occur, and disciplines category training activities must not be carried out with hidden variations or violations.



Scan to share this page

Release date: 2021-11-15    Source: Ministry of Education        Download        Collection        Editor in charge: Li Pei

**Related Reading**

The Ministry of Education issued the "Guidelines for the Classification and Identification of Off-Campus Training Projects in the Compulsory Education Stage"

The relevant person in charge of the Off-campus Education and Training Supervision Department of the Ministry of Education answered reporters' questions on the "Guidelines for the Classification and Identification of Off-Campus Training Projects at the Compulsory Education Stage"

[Column] "Guidelines for the Classification and Identification of Off-campus Training Projects at the Compulsory Education Stage" Experience from various regions




Government Websites
Finding Errors

Party and government agencies

Website statement        Sitemap        Contact us

Copyright: Ministry of Education of the People's Republic of China        Chinese domain name: Ministry of Education.Government Affairs

Beijing ICP No. 10028400-1        Beijing Public Network Security No. 11010202007625        Website identification code：bm05000001



College Road, North Sujapur, Fulbari: 5260

Fulbari, Dinajpur, Bangladesh

## *Certification of Translation*

I, **Aileen Lim**, being fluent in both Chinese and English languages, hereby certify that the documents titled" **2021-11-8.pdf**" the attached English translation therefore, are accurate and complete rendition of each other.

I hereby certify that the translation is to the best of my knowledge and belief as a professional translator, a true and accurate human translation (from Chinese to English). The translation has been translated with my full ability as a professional translator in accordance with international standards.

**Project source: Via www.freelancer.com**
**Project ID:** 37745963

**External Document ID:**
N/A

***Translator Typed Name:***
Aileen Lim

**Translator Signature:**

*Lim*

I'm **PROJECT MANAGER**, as the Senior Project Manager with eTranslators, do hereby certify that the above translator, **Aileen Lim**, has been verified as an experienced professional translator in Chinese to English language pair, and that the translation is accurate rendition of the Project source document.

**Project Manager legal name (printed):**
Md. Masud Rana

**Project Manager Signature:**

*Rana*

**Date:**
**02.13.2024**





*100% Quality Assured*                                jobayer.1612191@gmail.com ✉