# Exhibit 5

**Why does 'non-subject-based' training research on-school exams?**
We have classes from Monday to Friday and also on weekends. Currently, they are likely fully booked. Please let me know which type of class you are interested in, and I will check if there are any available spots or if you can join as a new student." Recently, a curriculum advisor from a Xueersi teaching center in Shanghai conveyed this information to an on-site reporter from CaiLian News Agency.

At the same time, other parents also approached for enrollment inquiries and received the same message of "limited availability." "Our return to large-scale offline classes began with the spring semester, so there are fewer face-to-face classes," explained the curriculum advisor. "We have been offering online classes since the 'double reduction' policy. Previously, we had a significant number of locations in Shanghai, with around eighty to ninety campuses, and now we still have more than ten.

The "double reduction" mentioned by the curriculum advisor refers to the regulatory measures imposed on extracurricular training institutions after the release of the "Opinions on Further Reducing the Homework Burden and Extracurricular Training Burden of Students in Compulsory Education Stage" by the General Office and State Council in July 2021. The "double reduction notice" aims to "govern strictly and comprehensively regulate extracurricular training behavior" and explicitly requires that extracurricular subject-based training institutions for compulsory education stage must be "non-profit" and are prohibited from scheduling classes on statutory holidays and rest days. Capitalization of operations and the involvement of foreign investment in subject-based training institutions through variable interest entities are strictly prohibited.

After implementing the "double reduction notice," Xueersi, as a leading subject-based training company covering kindergarten to high school levels and offering various subjects, including language, math, English, physics, and chemistry, had to make significant adjustments. They withdrew from subject-based training for grades K9 (elementary to junior high school) by the end of 2021. In their recent large-scale return to offline classes, Xueersi primarily relies on the packaging of "character education" under the "non-subject-based" category.

Upon reviewing the Xueersi app, CaiLian News Agency reporters discovered that under the banner of "character education," Xueersi's offline training includes subjects such as "innovative thinking" and "humanities creation," mainly targeting kindergarten and elementary school levels. The fees for these courses typically exceed 3000 yuan for a single subject with 12 to 13 lessons. Classes are available in various cities, including Beijing and Shanghai. "Generally, registration starts one to two months in advance, and summer classes can be enrolled around April or May," the curriculum advisor added.

Recently, at Xueersi's on-site teaching centers in Beijing, Shanghai, and other locations, CaiLian News Agency reporters observed many parents coming to inquire about classes on weekends, and the waiting areas were filled with parents waiting for their children to finish their classes. "They claim it's character education, but what we as parents are primarily interested in is the improvement of our children's language, math, and English abilities," expressed a parent to the reporter at a teaching center in Beijing. Another parent at the scene mentioned that their child's end-of-semester exam in elementary school included content that Xueersi previously taught.

How can the so-called "non-subject-based" training cover the content that schools will test? With this question in mind, CaiLian News Agency reporters examined job postings related to Xueersi on recruitment apps. They discovered that the job responsibilities for the "mathematics research and development" positions targeting preschool children and elementary school students included tasks such as "organizing elementary school mathematics knowledge points based on the curriculum standards and textbooks" and "researching examination questions for elementary school mathematics from various versions nationwide, and applying them in the design of research and development products."



**Mathematics Pedagogy (Elementary School)**

1.3 1.8thousand RMB · 14 months

📍 Shanghai, Pudong New Area, Beicai 💼1-3 years 🎓 Bachelor's degree

**Senior Mathematics Pedagogy Officer**

1.3 1.8thousand RMB · 14 months

📍 Shanghai, Pudong New Area, Beicai 💼1-3 years 🎓 Bachelor's degree



[Picture: Xueersi's recruitment requirements for the position of "Mathematics Researcher" in Beijing and Shanghai include "researching elementary school examination questions."]

**Multiple dimensions reveal the characteristics of "subject-based" training**
The 'double reduction notice' issued in 2021 clearly states, 'strictly prohibit excessive and advanced training, strictly prohibit non-subject-based training institutions from engaging in subject-based training, and strictly prohibit the provision of overseas educational courses.' It uses three 'strictly prohibit' statements to regulate extracurricular training. However, in the promotional materials of Xueersi's training content, CaiLian News Agency reporters discovered numerous inconsistencies with the requirements of the 'double reduction' policy.

For example, regarding the mentioned 'exam-oriented research,' in the promotional materials provided by Xueersi's curriculum advisors, there are comparisons between the question types of what 'we learn' and what 'the school tests.' Additionally, there are content introductions mentioning 'common classic question types for additional in-school questions, targeted breakthroughs.'

When reviewing the identification criteria for subject-based and non-subject-based training in various regions such as Shanghai, Guangdong, and Zhejiang (see notes 1, 2, 3), multiple dimensions are considered, including training content, methods, objectives, and results. Whether the teaching revolves around subject-based learning content stipulated in the national curriculum standards and whether the primary goal and outcome are to improve scores in relevant subjects (in-school closed-book exams) are the core criteria for determining whether it constitutes subject-based training.



**What to learn in spring Narrated in second grade**

**《《What the school tests》》**

Not readable

**《《What we are learning》》**

**Spring Semester Lesson Four for Second Grade**
Not readable

Not readable

Not readable

1 The factory counts production to produce 200 as 7 special Film phone less fast products to make, the new will be more than juice oil brush welcome any shape?
3.346, 411 can Palmore

Not readable

**Scan the code to add a consulting teacher for scheduling a trial lesson**

# New Student Premium Courses, Hottest Arrival

## Second Grade

## Course Content

1. Common Classic Question Types in School-Specific Supplementary Questions, Specialized Breakthroughs

2. By summarizing and synthesizing, deep understanding and solving of various variable question types from principles

3. Enhancing ordered enumeration and data processing skills (the two most important skills in elementary school)

## Upgrade the discount

Not readable

**Original price 249 yuan per session, now only 9 yuan per session for a limited time**

# Spring Semester
## Audition for Mid-Term Entry
Opportunity for an Audition on Lesson 4 of the Third Grade

**Curriculum Benchmarking**
**▶In-school Star Challenge◀**

**Qingming original number of mail is LAN LAN 4 times, (later two people each collected 20 stamps, now Qingming mail number is LAN LAN 2 times. How many stamps does Qingming and Lancing have?**

**▶ What we are learning ◀**

**In the fourth grade, there are four classes: Class A, Class B, Class C, and Class D. Excluding Class A, the total number of students in the other three classes is 121. Excluding Class D, the total number of students in the other three classes is 134. The number of students in Class D is 2 times more than Class A and 9 students extra. How many students are there in these four classes?**

**Hint: Difference times**

[Picture: Xueersi's course promotional posters highlight the "connection" between their training content and in-school teaching.]

Looking at the training methods, when the reporter inquired about the details of the "character education" classes for third-grade students, a curriculum advisor from Xueersi in Beijing candidly stated, "(The course content) aligns with the grade level but goes beyond what schools cover." They added, "Teachers will have pre-class and post-class assessments, and typically the last class serves as an evaluation to assess the child's learning progress." When the reporter asked about the assessment method, the curriculum advisor summarized, "Through assessments and tests, it ultimately comes down to putting pen to paper."

Comparing this with the identification criteria mentioned earlier, teaching demonstrations, exercises, and testing in the classroom are all considered to have the characteristics of "subject-based" training.

**The teaching of phonics in "preschool-primary school transition" programs is suspected of violating regulations**
In addition to including a significant amount of in-school knowledge and exam-oriented training, Xueersi's apparent violation of regulations is also evident in its "preschool-primary school transition" courses.

The "double reduction notice" explicitly states that online training for preschool-aged children is prohibited and strictly prohibits offline subject-based training (including foreign languages) for preschool-aged children under the names of kindergarten classes, preschool-primary school transition classes, or critical thinking classes. However, during visits to offline teaching centers in Shanghai, Hangzhou, and other locations, reporters discovered that Xueersi actively promotes its phonics, critical thinking, and other "preschool-primary school transition" content to kindergarten parents.



| Xueersi Literacy | | | | **Humanities Creative Writing Class Spring Learning Knowledge Preview** | |
|---|---|---|---|---|---|
| **tông** | **wen** | **shi** | **yin** | | |
| **Recognize Sounds through Written Language** | **Suitable for 5-6 years old** | | | Online Live Streaming, Multiple Formats, for Your Selection | |
| | | | | **15 sessions of structured classes, once a week.** | **4 free transition classes**<br><br>Boosting Literary Knowledge + Accumulating Foundational Language Skills for Young Children<br><br>**Quickly improve literacy**<br><br>**Learn to read pictures and write words,**<br><br>**develop pure text reading skills, and help young**<br><br>**children connect with Chinese language learning.** |
| **mo** | **Li** | **kêu** | **cái** | | |
| **Magical Eloquence** | | | | | |

| | | |
|---|---|---|
| | **Lecture 1:** Offline face-to-face small class & online live small class. A variety of forms, for you to choose 15+ Pinyin<br>**Lecture 2:** system courses, 1 time a week long one: interpersonal text to text ask to read, expression + Pinyin<br>**Lecture 3:** literacy+ writing ancient poetry Pinyin a dozen biological encyclopedia text reading +expression+ Pinyin<br>**Lecture 4:** literacy + writing +ancient poetry + Pinyin Dijiang Mo Shen ability big book reading expression +Giteracy writing+ ancient poetry + Pinyin<br>**Lecture 5:** Text learning expression+ Literacy + handwriting+ ancient poetry + Pinyin Point<br>**Lecture 6:** Life word recognition text reading + expression literacy + handwriting ancient poetry+ Pinyin Sixth: Nature encyclopedia text reading + expression+ Pinyin<br>**Lecture 7:** literacy + handwriting +ancient poetry Pinyin Seventh Natural scenery text reading + expression+ literacy + handwriting+ ancient poetry + Pinyin<br>**Lecture 8:** Season knowledge Text reading expression + literacy + handwriting ancient poetry+ Pinyin<br>**Lecture 9.** Character development Text reading+ expression + literacy + handwriting ancient poetry + Pinyin<br>**Lecture 10:** Character characteristics Text reading expression literacy + handwriting ancient poetry Pinyin<br>**Lecture 11:** Astronomical knowledge text reading+ expression + literacy + handwriting+ ancient poetry + Pinyin<br>**Lecture 12:** Bio Encyclopedia Text Reading + Expression+ literacy handwriting ancient poetry Pinyin<br>**Lecture 13:** Marine biology text reading + expression+ literacy handwriting + ancient poetry Pinyin<br>**Lecture 14:** Social responsibility text reading expression literacy handwriting ancient poetry + Pinyin<br>**Lecture 15:** Life common sense text reading + expression + literacy + handwriting+ ancient poetry + Pinyin | |
| **Speaking with an accent,** — **affecting Mandarin?** | | |
| **Years of no practice,** — **difficult to relearn?** | | |
| **Difficulty with nasal sounds,** — **affecting pronunciation and expression?** | | |
| **What to do?** | | |

[Picture: The instructional content of phonics for preschool-aged children within Xueersi's affiliated institutions is established. ]

"Our 'humanities creation' (kindergarten) class in the second semester of the senior class will also include 10 minutes of phonics instruction in each lesson. If you continue to follow along, you don't need to worry about the preschool-primary school transition," recommended a curriculum advisor from Xueersi in Shanghai. The reporter noticed that the word "phonics" was highlighted in red in the offline course materials presented.

In Xueersi's programs in Hangzhou, phonics learning is incorporated into the so-called "magic eloquence" class. A local curriculum advisor told the reporter, "Phonics and critical thinking are essential for the transition to primary school. They must be included."

However, according to regulations set by the education authorities, teaching Chinese Phonics begins in the first grade of primary school and is not allowed to be taught in preschool.



[picture: The spring learning plan for Xueersi's junior kindergarten class and the spring syllabus for the second-grade "humanities creation" class are as follows.]

In addition to phonics, the content of Xueersi's junior kindergarten spring "character education" program includes elementary school topics such as substitution, unfolding and sectioning of solid shapes, and the "breaking of ten" method.

A similar situation arises in the "humanities creation" Chinese language learning, where Xueersi's second-grade spring class involves reading frontier poems such as "Liángzhōu Cí" and "Cóngjūn Xíng," which typically appear in higher-grade Chinese textbooks. Furthermore, in promotional articles on Xueersi's WeChat account in Shanghai, a teacher dressed in traditional Han clothing is seen teaching Li Qingzhao's poem "Rú Mèng Lìng" (Green Lush, Red Thin) to elementary school students. It is uncertain whether children of that age can comprehend the emotions of Li Qingzhao's poem about the sorrows of spring. Still, it is worth noting that her other relatively straightforward poem, "Rú Mèng Lìng," doesn't appear until middle school textbooks.

Xueersi's character education courses also adopt a multi-level class system, including the A class, A+ class, and S class. A parent at a teaching center asked the curriculum advisor if the S class is a "gifted class." The curriculum advisor explained that admission to the S class requires a unified selection exam conducted by Xueersi, and only those who pass the exam can enroll. The next round of selection exams is expected to take place in April. The curriculum advisor emphasized that the knowledge covered in the S class is very advanced.

It is understood that before the release of the "double reduction" policy, Xueersi had already divided its subject-based training into categories such as the sensitive learning class, diligent thinking class, and S class, with the S class consisting of top-performing students selected internally by Xueersi.

"Parents are aware that having children learn in advance is counterproductive, but the current environment makes many parents believe that learning math, literacy, and even reading in kindergarten is a 'must' for preschoolers. In the short term, children who 'jump ahead' may find it easier when they enter primary school than those who don't. However, in the long run, purely knowledge-based learning reduces a child's adaptability and stifles their imagination. As an elementary school teacher and a parent of two elementary school students, I believe that in kindergarten and primary school stages, it is more important to cultivate children's good behavior habits, life skills, stimulate their interest in learning, and engage in outdoor activities to develop their physical well-being. This is far more important than early knowledge acquisition," expressed a seasoned elementary school teacher to CaiLian News Agency reporters, indicating that long-term benefits are not derived from advanced learning.

At the policy level, the Ministry of Education issued a notice as early as 2020 regarding the prohibition of excessive and advanced learning, requesting strict enforcement based on a negative list. The negative list clearly states that training should not exceed the progress and requirements of subjects such as language, mathematics, and English at the corresponding grade level, and it prohibits teaching content from the subsequent semester's textbooks during summer and winter vacations.

**Only by stepping outside of Xueersi can we have a bright future.**
Where is the direction of extracurricular training? "Stepping out of Xueersi for a better future" was the title of a question posed by a journalist from a state media outlet to Xueersi and other extracurricular training institutions shortly after the release of the "Double Reduction Notice" in 2021. Is it a complete transformation of the past business model or just a superficial change?

For Xueersi, the difficulty of this question may be no less than asking a preschool child to participate in an S-class selection.

"Double Reduction" has fundamentally impacted the education and training industry, especially K-9 extracurricular training. Xueersi's parent company, TAL Education Group, was at the forefront of this impact. According to the financial report for Q4 of the 2021 fiscal year, K-12 (including high school) business revenue accounted for 90% of TAL's total revenue. According to a report by Morgan Stanley in June 2021, K-9 business revenue accounted for 80% of the company's total revenue.

Starting with math competition courses and focusing on tutoring for lower grades, Xueersi pioneered small-class teaching and played a significant role in TAL's impressive journey from a market value of less than 1 billion USD at its US IPO to a peak market value of 58.6 billion USD. Subsequently, TAL experienced a sharp decline. However, in the past year (March 10, 2022, to March 11, 2023), TAL's stock price has risen from $2.5 to $6.8. Some institutions believe that the company is experiencing a "comeback," and the important basis for evaluating its growth prospects is that literacy education oriented towards developing students' foundational abilities is in line with the general trend, and the market scale is expected to exceed hundreds of billions of yuan. Currently, the company's literacy courses have begun to take shape.

During the Q4 2022 financial report conference call held in April 2022, TAL's management also stated that after completely exiting the K-9 academic subject training market at the end of 2021, the company had repositioned itself as a "provider of intelligent learning solutions" and streamlined its business into three categories: learning services, learning technology solutions, and learning content solutions. Among them, learning services mainly refer to providing literacy courses.

According to the statements of TAL's management, the company's transition from academic subject training to non-academic subject training mainly revolves around the transformation of the business models of the three aforementioned categories, which provide products and content that differ from those in the past.

However, as a publicly listed company that needs to generate profits to reward shareholders and support its valuation, TAL's management admitted during the Q2 2023 financial report conference call that the company is still in the early stages of its business transformation and, during the Q3 2023 financial report conference call, reiterated that due to the transition, the company is not currently focused on improving profitability.

Even though TAL (Xueersi) has completed the transition to non-academic subject training, the requirement of "public welfare attribute" specified by the policy conflicts with the profit-oriented nature of capital.

The "Double Reduction Notice" in 2021 emphasized the need to maintain the public welfare attribute of extracurricular training. Last year, the "Opinions of the Ministry of Education and 12 Other Departments on Standardizing Non-

Academic Subject Extracurricular Training for Primary and Secondary School Students" further clarified that non-academic subject training institutions should adhere to the public welfare attribute, follow the principles of fairness, legality, and honesty and credit, reasonably determine charging items and standards based on training costs, market supply and demand, control the frequency and extent of price adjustments, and report to the competent authorities.

In addition, "each region should establish standards for non-academic subject training institutions, comprehensively inspect existing institutions, and rectify those that do not meet the standards. Training institutions that fail to complete rectification by the end of June 2023 will be dealt with in accordance with the law and regulations."

Looking at TAL's other two business categories, learning technology solutions and learning content solutions, there also seems to be suspicion of operating in a "gray area." For example, the popular Xueersi learning device, priced at around 4,600 USD, prominently features content taught by Xueersi S-level teachers from preschool to junior high.

Previously, the Ministry of Education issued a notice (Note 5) regarding the investigation and handling of disguised violations in academic subject extracurricular training, including violations related to training time limits and the use of methods such as "live streaming to recorded videos" to conduct academic subject training.

Whether the promotion of this learning device, which allows users to watch previous Xueersi teacher's lessons, can be considered a disguised form of "live streaming to recorded videos" still needs to be discerned.



College Road, North Sujapur, Fulbari: 5260

Fulbari, Dinajpur, Bangladesh

## *Certification of Translation*

I, 勾亚姗 (**Yashan Gou)**, being fluent in both Chinese and English languages, hereby certify that the attached English translation therefore, are accurate and complete rendition of each other.

I hereby certify that the translation is, to the best of my knowledge and belief as a professional translator, a true and accurate human translation (from Chinese to English). This translation has been translated with my full ability as a professional translator in accordance with international standards.

**External Document ID:**
N/A

***Translator Typed Name:***
勾亚姗 (**Yashan Gou)**

**Translator Signature:**



I PROJECT MANAGER, as the Senior Project Manager with eTranslators, do hereby certify that the above Translator, 勾亚姗 (**Yashan Gou).**, has been verified as an experienced professional Translator in Chinese to English language pair, and that the translation is accurate rendition of the Project source documents.

**Project Manager legal name (printed):**
**Masud Rana**

**Project Manager Signature:**
*Rana*

**Date:**
**10/11/2023**

*100% Quality Assured*

+8801767554396

jobayer.1612191@gmail.com