# Exhibit 6

8. 教育服务产业对年轻高素质人才的吸引力不断增强

仅从教育服务产业中的教育培训行业来看，大数据显示，25-35 岁的年轻从业者是教育培训行业教师的重要组成部分，企业调查同样揭示该行业从业人员平均年龄呈现年轻化的趋势。同时，行业中高校应届生岗位占比及

(thumbnail_image001.png)

### 8. The education service industry is increasingly attractive to young, high-quality talents

Looking only at education training in the education service sector, big data shows that young practitioners aged 25 - 35 comprise an important part of teachers in the education training industry. Corporate surveys also reveal that the average age of employees in this industry is in a trend of becoming younger. Meanwhile, The growth rates of both the proportion of jobs for fresh graduates from high school in the industry and

应届生岗位量增速均高于其他行业。在学历结构方面，教师从业者呈现以本科和硕士为主的高学历特征，具有本科和硕士学历的从业者占比分别为 59.62%、33.12%，大专学历仅为 4.52%。此外，行业对留学人员的吸纳能力也不容小觑，某头部企业招聘的留学生人数从 2015 年的 20 人增长至 2019 年的 444 人，年均增长率 130.41%。

(thumbnail_image002.png)

the number of positions for fresh graduates are higher than those of other industries. In terms of qualification structure, teachers are characterized by high academic levels, mainly undergraduates and masters. The proportions of practitioners with undergraduate and master's degrees are 59.62% and 33.12% respectively, while only 4.52% possess a non-university tertiary diploma. In addition, the industry's attraction to overseas students should not be underestimated. The number of international students recruited by a leading company increased from 20 in 2015 to 444 in 2019, with an average annual growth rate of 130.41%.

### 4.2.2 通过参培学生及师生比进行整体规模估算

通过对 S 教育创业者交流平台学员企业的调研数据可以发现以下特点：

（1）大部分线下校外培训机构（学科及素质类）的专职教师比例占全体员工的 50%-70%，甚至要达到 70% 以上，而技术人员占比一般在 10% 左右；

（2）线上校外培训机构技术人员的占比在 10%-30% 左右，高于线下校外培训机构占比；

(thumbnail_image004.png)

### 4.2.2 Estimating the overall scale through training students and teacher-student ratio

Through the survey data of companies of Education Entrepreneur Exchange Platform S students, the following characteristics are found:

(1) Full-time teachers in most offline off-campus training institutions (discipline and quality categories) accounts for 50% - 70% of all employees, or even more than 70%, while the proportion of technical personnel is generally around 10%;

(2) The proportion of technical personnel in online off-campus training institutions is around 10% - 30%, which is higher than the proportion in offline off-campus training institutions;

（3）线下素质类培训机构的师生比为 1:50-1:100，H 少儿体能培训机构 [1] 表示其师生比一般为 1:80；

（4）根据 X 线下培训机构 [2] 数据可以推断 X 线下培训的师生比为 1:70；

（5）根据 T 线上培训机构 [3] 数据可以推断线上 K12 线上培训的师生比为 1:400，G 机构 [4] 则表示其师生比大于 1:1,200；同时线上主讲教师按照 1:3 的比例配备与教学工作相关的辅导教师。

按照《校外培训行业发展现状——基于 2017 年中国教育财政家庭调查的分析》调研获取的参培率可以得出我国参加学科培训及兴趣拓展培训的人数及专职教师人数如表 4.3、表 4.4 所示：

(thumbnail_image005.png)

(3) The teacher-student ratio of offline quality training institutions is 1:50-1:100, while Children Physical Training Institution H[1] states that its teacher-student ratio is generally 1:80;

(4) According to the data of Offline Training Institution X[2], they infer that their teacher-student ratio is 1:70;

(5) According to the data of Online Training Institution T[3], it can be inferred that the teacher-student ratio of K12 online training is 1:400, while Institution G[4] indicates that their teacher-student ratio is greater than 1:1,200; meanwhile, online main lecturing teachers are allocated tutors for teaching-related work at a ratio of 1:3.

According to the training participation rate obtained from the "Current Development Status of the Off-Campus Training Industry - Analysis Based on the 2017 China Education Finance Household Survey", the number of people participating in subject training and interest development training, and the number of full-time teachers in our country can be obtained, as shown in Table 4.3 and Table 4.4:

（三）就业队伍年龄结构更趋年轻化，同时行业逐渐成为应届生就业的蓄水池

如图 4.7，猎聘大数据显示，教育培训行业 25 岁以下、25-30 岁、30-35 岁、35-40 岁、40-45 岁、45-50 岁、50 岁以上教师的占比分别为 18.66%、41%、21.14%、9.91%、3.90%、2.47% 及 1.02%。可以看出 25-35 岁的员工是教育培训行业教师团队的重要组成部分。



数据来源：猎聘大数据研究院、好未来教育研究院。

图4.7 教育培训行业教师年龄分布

(thumbnail_image006.png)

(3)        The age structure of the employment force is becoming younger, and the industry has gradually become a reservoir for employment of fresh graduates.

As show in Figure 4.7, Liepin big data shows that the proportions of teachers under 25 years old, of 25 - 30 years old, 30 - 35 years old, 35 - 40 years old, 40 - 45 years old, 45 - 50 years old, and over 50 years old in the education training industry are 18.66%, 41%, 21.14%, 9.91%, 3.90%, 2.47%, and 1.02% respectively. It can be observed that employees aged 25 - 35 are an important part of teachers in the education training industry.

[in figure]

| Liepin - Age Distribution of Teachers in the Education Training Industry | Survey Data on Age Distribution of Non-teaching Personnel in the Education Training Industry |
| --- | --- |
| Under 25 years old | Under 25 years old |
| 25 - 30 years old | 25 - 30 years old |
| 30 - 35 years old | 30 - 35 years old |
| 35 - 40 years old | 35 - 40 years old |
| 40 - 45 years old | 40 - 45 years old |
| 45 - 50 years old | 45 - 50 years old |
| Over 50 years old | Over 50 years old |

Data Sources: Liepin Big Data Research Institute, TAL Education Research Institute.

Figure 4.7 Age Distribution of Teachers in the Education Training Industry

（四）对高学历人才的就业吸引力逐渐增强

教育培训行业教师人才队伍学历结构呈现以本科和硕士为主的高学历特征，根据猎聘大数据可看出：本科学历、硕士学历、博士学历、MBA 和 EMBA、大专学历所占比重分别为 59.62%、33.22%、0.66%、1.86% 和 4.53%；而我们针对企业中教师从业者的调查发现：本科学历、硕士学历、博士学历、大专学历及其他学历所占比重分别为 87.96%、10.99%、0.12% 和 0.93%，本科及硕士学历所占比例为 98.95%。

(thumbnail_image007.png)

(4)      Employment attraction for highly educated talents is gradually increasing

The qualification structure of the teacher talents in the education training industry shows the characteristics of high academic levels, mainly undergraduates and masters. According to Liepin big data, it can be observed that: the proportions of bachelor's degree, master's degree, doctoral degree, MBA, EMBA, and non-university tertiary diploma are 59.62%, 33.22%, 0.66%, 1.86%, and 4.53% respectively; on the other hand, our survey of enterprise teachers has found that: the proportions of bachelor's degree, master's degree, doctoral degree, non-university tertiary diploma, and other academic qualifications are 87.96%, 10.99%, 0.12%, and 0.93% respectively. The proportion of undergraduate and master's degrees is 98.95%.



图4.8 教育培训行业教师学历分布

(thumbnail_image008.png)

[in figure]

Liepin – Academic Qualification Distribution of Teachers in the Education Training Industry

Survey Data on Academic Qualification Distribution of Non-teaching Personnel in the Education Training Industry

Master's Degree
MBA, EMBA
Doctoral Degree
Non-University Tertiary Education
Bachelor's Degree

Doctoral Research
Master Research
Undergraduate
Non-University Tertiary or below

Data Sources: Liepin Big Data Research Institute, TAL Education Research Institute.

Figure 4.8 Academic Qualification Distribution of Teachers in the Education Training Industry