Exhibit 4: A certified translation of the Ministry of Education's *Guide to Identification of Extracurricular Tutoring Programs for Compulsory Education* dated November 8, 2021, and referenced in ¶125 of the Complaint.

Exhibit 5: A certified translation of an investigative report by the CaiLian News Agency published on March 14, 2023, and referenced in ¶14 of the Complaint.

Exhibit 6: A certified translation of portions of a report co-authored by TAL Education Group, available in Chinese at https://chinaiid.bnu.edu.cn/docs/2021-01/20210105171435185731.pdf.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 13, 2024

Jonathan Horne

3