**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs and the putative class*
— additional counsel on signature page —

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JORDAN LEWANDOWSKI, Individually and on behalf of all others similarly situated, <br><br>     Plaintiff, <br><br>     v. <br><br> TAL EDUCATION GROUP, and BANGXIN ZHANG, <br><br>     Defendants. | **Case No.: 2:23-cv-01769-MEF-JRA** <br><br><br> **DECLARATION OF JONATHAN HORNE IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF** |

1

I, Jonathan Horne, declare:

1.     I am an attorney at The Rosen Law Firm, P.A., counsel for Lead Plaintiff Xuanjun Meng and named plaintiff Jordan Lewandowski ("Plaintiffs"). I make this Declaration in support of Plaintiffs' Supplemental Brief in Support of Opposition to Defendants' Motion to Dismiss, dated November 11, 2024, and filed herewith. I make this declaration solely to transmit documents to the Court.

2.     Attached hereto are true and correct copies of the following documents:

Exhibit 1: A certified translation of the Opinions on Further Reducing the Burden of Homework and Off-campus Training for Students in Compulsory Education ("Double Reduction") referenced in ¶¶67-74 of the Complaint.

Exhibit 2: A redline of the proposed translation of the Double Reduction Defendants attached to an email they sent on November 13, 2025, against Exhibit 1.

Exhibit 3: Transcripts of Oral Arguments on Defendant's Motion to Dismiss held on October 23, 2023.

Exhibit 4: A screenshot from the English-language page of the Chinese Ministry of Education, obtained from http://en.moe.gov.cn/about_MOE/what_we_do/ .

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: November 13, 2024

Jonathan Horne

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 13, 2024, a true and correct copy of the

foregoing document was served by CM/ECF to the parties registered to the

Court's CM/ECF system.


<u>/s/ Laurence M. Rose</u>n