**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

JORDAN LEWANDOWSKI, individually and on behalf of all others similarly situated,

*Plaintiffs*,

v.

TAL EDUCATION GROUP, and BANGXIN ZHANG,

*Defendants*.

No. 23-cv-01769(MEF)(JRA)

**ORDER**

For the reasons stated at oral argument, today and previously, the motion to dismiss [ECF 29] is denied as to TAL Education Group and granted as to Alex Peng and Jackson Ding.

The Plaintiffs today consented to dismissing Bangxin Zhang without prejudice, based in part on a representation made by the Defendants.

IT IS on this 17th day of December, 2024, so **ORDERED**.

Michael E. Farbiarz, U.S.D.J.