EXHIBIT A-3

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JORDAN LEWANDOWSKI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TAL EDUCATION GROUP, and BANGXIN ZHANG,<br><br>Defendants. | **Case No.: 2:23-cv-01769-MEF-JRA** |

**SUMMARY NOTICE OF PENDENCY AND**
**PROPOSED CLASS ACTION SETTLEMENT**

TO:    ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED THE PUBLICLY-TRADED AMERICAN DEPOSITARY SHARES ("ADSs") OF TAL EDUCATION GROUP ("TAL") BETWEEN JANUARY 14, 2022 AND MARCH 14, 2023, INCLUSIVE, AND HELD THEIR ADSs UNTIL AT LEAST MARCH 14, 2023:

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the District of New Jersey, that a hearing will be held on _____, 2026 at _____ a.m. before the Honorable Michael E. Farbiarz, United States District Judge of the District of New Jersey, Frank Lautenberg Post Office & U.S. Courthouse, 2 Federal Square, Courtroom 4, Newark, NJ 07102 for the purpose of determining: (1) whether the proposed Settlement of the claims in the above-captioned Action against defendant TAL Education Group ("TAL") for consideration including the sum of $14,100,000 should be approved by the Court as fair, reasonable, and adequate; (2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (3) whether the application of Lead Counsel for an award of attorneys' fees of up to one-third plus interest of the Settlement Amount, reimbursement of expenses of not more than

1

$180,000 and a service payment of no more than $8,000 in total to Plaintiffs, should be approved; and (4) whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement, dated February 13, 2026 (the "Stipulation"). The Court reserves the right to reschedule the hearing date or hold the hearing telephonically or by other virtual means.

If you purchased or otherwise acquired publicly-traded TAL ADSs from January 14, 2022 through March 14, 2023, both dates inclusive, and held your TAL ADSs through at least March 14, 2023, your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in TAL ADSs. If you have not received a detailed Notice of Pendency and Proposed Settlement of Class Action ("Notice") and a copy of the Proof of Claim and Release Form ( "Claim Form") you may obtain copies by writing to or calling the Claims Administrator: TAL Education Group Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063; (Toll-Free) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net. You can also download copies of the Notice and submit your Claim Form online at www.strategicclaims.net/TAL/. If you are a member of the Settlement Class, to share in the distribution of the Net Settlement Fund, you must submit a Claim Form electronically or postmarked no later than _____, 2026 to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Settlement Class, you must submit to the Claims Administrator a request for exclusion so that it is received no later than _____, 2026 in the manner and form explained in the Notice. All members of the Settlement Class who have not requested exclusion from the Settlement Class will be bound by any judgment entered in the Action pursuant to the Stipulation of Settlement.

Any objection to the Settlement, Plan of Allocation, or Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses and award to Plaintiffs must be in the manner and form explained in the detailed Notice and received no later than _____, 2026 by each of the following:

| *Lead Counsel* | *Defendant's Counsel* |
|---|---|
| The Rosen Law Firm, P.A.<br>Jonathan Horne<br>275 Madison Avenue<br>40th Floor<br>New York, NY 10016<br>jhorne@rosenlegal.com | Michael B. Carlinsky<br>Jacob J. Waldman<br>295 Fifth Avenue, 9th Floor<br>New York, NY 10016<br>Telephone: (212) 849-7000<br>michaelcarlinsky@quinnemanuel.com<br>jacobwaldman@quinnemanuel.com<br><br>Xiao Liu (*pro hac vice*)<br>Unit 1301, 13th Floor, Central Park Plaza<br>10 Chaoyang Park South Road,<br>Chaoyang District<br>Beijing 100026<br>China<br>Telephone: +86 10 53350105<br>Email: xiaoliu@quinnemanuel.com |

**If you have any questions about the Settlement, you may call or write Lead Counsel:**

Jonathan Horne
The Rosen Law Firm, P.A.
275 Madison Avenue
40th Floor
New York, NY 10016
Tel: (212) 686-1060
jhorne@rosenlegal.com

通知和索赔表格的中文版本可在 www.strategicclaims.net/TAL/ 网站获取.

3

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**


DATED:                                    BY ORDER OF THE UNITED STATES
                                          DISTRICT COURT FOR THE DISTRICT OF
                                          NEW JERSEY