*Please read it carefully.*

**Court-Ordered Legal Notice
Forwarding Service Requested**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

*You may be entitled to a cash payment.*
*This notice may affect your legal rights.*

TAL Education Group Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Suite 205
Media, PA 19063

Case No. 2:23-cv-01769-MEF-JRA
Pending in the United States District Court
for the District of New Jersey

[NAME 1]
[NAME 2]
[NAME 3]
[ADDRESS 1]
[ADDRESS 2]

PRESORTED
FIRST-CLASS
MAIL U.S.
POSTAGE PAID

通知和索赔表格的中文版本可在 www.strategicclaims.net/TAL/ 网站获取.

*Lewandrawski v. TAL Education Group, et al.*, Case No. 23-cv-01769-JRA-LDW

*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT WWW.STRATEGICCLAIMS.NET/TAL OR CALL 1-866-274-4004 FOR MORE INFORMATION.*

The United States District Court for the District of New Jersey (the "Court") has preliminarily approved a proposed Settlement of all claims against TAL Education Group ("TAL") in the above-referenced action. The proposed Settlement would resolve a class action lawsuit alleging that, in violation of the federal securities laws, TAL issued materially false and misleading statements to the public about TAL's tutoring programs complying with the Double Reduction (Chinese government regulations which, among other things, banned for-profit entities like TAL from engaging in afterschool tutoring on academic subjects), causing damage to Settlement Class Members. TAL denies any wrongdoing.

You received this notice because you may have purchased or otherwise acquired TAL's publicly-traded American Depositary Shares ("ADSs") between January 14, 2022 and March 14, 2023, both dates inclusive. The Settlement dismisses and releases all claims against TAL and certain individuals defendants and creates a fund consisting of $14,100,000, less attorneys' fees and other expenses, which will be divided among Settlement Class Members who timely submit valid Proof of Claim and Release Forms ("Claim Forms"). For a full description of the Settlement and your rights and to make a claim, please view the Stipulation of Settlement and obtain a copy of the Notice of Pendency and Proposed Settlement of Class Action ("Notice") and Claim Form by visiting the website: www.strategicclaims.net/TAL. You may also request copies of the Notice and Claim Form from the Claims Administrator by: (1) mail: TAL Education Group Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St, Ste. 205, Media, PA 19063; (2) toll-free phone: (866) 274-4004; or (3) email: info@strategicclaims.net.

To qualify for payment, you must submit a Claim Form, which can be found on the website www.strategicclaims.net/TAL/. CLAIM FORMS ARE DUE BY _____ __, 2026, and must be *EITHER* mailed to: TAL Education Group Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson Street, Ste. 205, Media, PA 19063, *OR* submitted electronically at www.strategicclaims.net/TAL. If you do not want to be legally bound by the Settlement, you must exclude yourself by _____ __, 2026. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by _____ __, 2026. The Notice explains how to exclude yourself or object.

The Court will hold a hearing in this case on _____ __, 2026 at __:__ .m. at the Court, Frank Lautenberg Post Office & U.S. Courthouse, 2 Federal Square, Courtroom 4, Newark, NJ 07102, to consider whether to approve the Settlement, the Plan of Allocation and a request by Lead Counsel for up to one-third of the Settlement Fund in attorneys' fees, plus up to $180,000 in expenses, and reimbursement of costs and expenses to Plaintiffs of up to $8,000 for litigating the case and negotiating the Settlement. You may, but do not have to, attend the hearing and ask to be heard by the Court.

通知和索赔表格的中文版本可在 www.strategicclaims.net/TAL/ 网站获取.