**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
One Gateway Center, Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs and the putative class*
— additional counsel on signature page —

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JORDAN LEWANDOWSKI, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TAL EDUCATION GROUP, and BANGXIN ZHANG,<br><br>Defendants. | **Case No.: 2:23-cv-01769-MEF-JRA**<br><br>**NOTICE OF LEAD PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT** |

**PLEASE TAKE NOTICE** that Lead Plaintiff Xuanjun Meng and named plaintiff Jordan Lewandowski ("Plaintiffs"), through their undersigned attorneys, respectfully move this Court, the Honorable Michael E. Farbiarz, United States District Judge of the United States District Court for New Jersey, 50 Walnut Street Newark, NJ 07102, on a date and at a time designed by the Court, for entry of an Order: (a) preliminarily certifying the Settlement Class; (b) preliminarily approving the terms of the Settlement between Plaintiffs and TAL Education Group. as set forth in the Stipulation of Settlement ("Stipulation"), submitted concurrently herewith; (c) approving the form and method for providing notice of the Settlement; and (d) scheduling a hearing date for final approval of the Settlement.

This motion is based on this Notice of Motion, the Stipulation and all exhibits attached thereto, Plaintiffs' supporting Memorandum of Law, and the Declaration of Jonathan Horne and exhibits thereto, each filed contemporaneously herewith, and all pleadings, records, and papers on file in this action, and other such matters the Court may consider.

Defendants do not oppose the relief requested by this motion. Accordingly, Plaintiffs request that the Court enter the [Proposed] Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, attached as Exhibit A to the Stipulation.

Dated: February 13, 2026

/s/ Laurence M. Rosen
Laurence M. Rosen
One Gateway Center, Suite 2600
Newark, NJ 07102
Tel: (973) 313-1887
Fax: (973) 833-0399
Email: lrosen@rosenlegal.com

-and –

Jonathan Horne (pro hac vice)
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: jhorne@rosenlegal.com
Email: jchen@rosenlegal.com
Counsel for Plaintiffs and the putative class

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2026, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Laurence Rosen